RECEIVED
SDNY PRO SE OFFICE

2022 DEC 27  AM 10: 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ludwig Criss Zelaya Romero_

No. _____
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

-against-

_A.J Bussanich, Robert Beaudouin, Gerson Brian_
_John Doe (Clinical Director MDC) John or Jane Doe_
_(Remedy Coordinator Brooklyn MDC) John Doe Warden MDC Brooklyn all date 2020-2021_
_and Darrin Howard Northeast Regional Office, Regional Counsel_

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.     LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☒  Violation of my federal constitutional rights

☐  Other: _____

## II.     PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Ludwig_____ _Criss_____ _Zelaya-Romero_____
First Name                         Middle Initial                    Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_75942-054_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_USP Yazoo City_____
Current Place of Detention

_P.O. Box 5000_____
Institutional Address

_Yazoo City_____ _MS_____ _39194_____
County, City                                   State                       Zip Code

## III.     PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced prisoner

☐  Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    A. J            Bussanich
                First Name        Last Name            Shield #
                Clinical Director MCC New York
                Current Job Title (or other identifying information)
                MCC New York
                Current Work Address
                New York            NY            10007
                County, City        State            Zip Code

Defendant 2:    Robert            Beaudouin
                First Name        Last Name            Shield #
                Staff Physician MD "Medical Officer "
                Current Job Title (or other identifying information)
                MCC New York
                Current Work Address
                New York            NY            10007
                County, City        State            Zip Code

Defendant 3:    Gerson            Brian
                First Name        Last Name            Shield #
                Staff Physician MDC
                Current Job Title (or other identifying information)
                P.O. Box 329002 / 80 29th Street
                Current Work Address
                Brooklyn            NY            11232
                County, City        State            Zip Code

Defendant 4:    John            Doe
                First Name        Last Name            Shield #
                Clinical Director MDC 2020-2021
                Current Job Title (or other identifying information)
                80 29th Street
                Current Work Address
                Brooklyn            NY            11232
                County, City        State            Zip Code

Page 3

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant #:5    _John or Jane_      _Doe_
    First Name               Last Name                    Shield #

_Remedy Coordinator Brooklyn MDC  2020-2021_
    Current Job Title (or other identifying information)

_80 29th Street_
    Current Work Address

_Brooklyn_           _NY_           _11232_
    County, City                State                    Zip Code

Defendant #: 6    _John_           _Doe_
    First Name               Last Name                    Shield #

_Warden MDC Brooklyn      2020-2021_
    Current Job Title (or other identifying information)

_80 29th Street_
    Current Work Address

_Brooklyn_           _NY_           _11232_
    County, City                State                    Zip Code

Defendant #: 7    _Darrin_          _Howard_
    First Name               Last Name                    Shield #

_Regional Counsel, Northeast Regional Office_
    Current Job Title (or other identifying information)      _2nd & Chestnut St._

_"Federal BOP, Northeast Regional Office, Room 701 US. Custom House,_
    Current Work Address

_Philadelphia_        _Pennsylvania_      _19106_
    County, City                State                    Zip Code

Defendant #: 8    _____
    First Name               Last Name                    Shield #

_____
    Current Job Title (or other identifying information)

_____
    Current Work Address

_____
    County, City                State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: Metropolitan Correctional Center New York and Metropolitan Detention Center Brooklyn, and North Lake Correctional Facility Baldwin Michigan

Date(s) of occurrence: 09/10/17 Until May 2022

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

My problems with my health begin at Metropolitan Correctional Center "MCC" New York, I've had informed the Medical Staff on 9/18/2017 at 09:37.02 AM. See Exhibit N° 1 Amended Complain civil case: Ludwig Zelaya-Romero against A.J. Bussanich, R Beaundoin "Staff Physician MCC" Case N° 17 Cv 9651 (CM). And the problems with my health wen on during (4) four years and (8) eight months "56 months" that I was in custody of the BOP, until I was assigned to a prison that was private "North Lake Correctional Facility, 1805 W 32nd St, Baldwin, MI 49304, there I was send to an evaluation with a medical Specialist due to the frequent and extreme pain that I was suffering. Which that was what I was requesting in multiple occasions at the BOP for a period of more than (4) four years. I was evaluated at Munson Health care Cadillac Surgical Hospital by Mr. Hobbs David J. MD, who confirmed the presence of hernias and that the patient must have surgery and not just from one hernia how I thought I had three hernias presence, two (2) were abdominal and one (1) was inguinal "recurrent left inguinal hernia". And to this date I still feel the side effects from the operation that could go on for six (6) more months. Now I return once again to this Honorable Court...

Page 4

with this new action after compliting the Administrative Process: 1-Administrative Remedy Program "ARP" and 2-Federal Tort Claim Act "FTCA" and following the recomendation of the Honorable United States District Judge Analisa Torres See: Order Civil Case 17 Civ 9651 (AT), pag № 11, lines 10-13 Dated March 27, 2020 New York, New York, Exhibit № 2. I went forward with the Administrative Remedy Process 06/10/2020, with the BP-8 and they responded back to me. In the Administrative Remedies support you can confirm that I mention the discriminating and prejudice treatment I was receiving by Dr. Gerson Brian in MDC Brooklyn...

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. I told the medical staff of MCC New York and MDC Brooklyn that I was having pain due to my inguinal hernia and I received no appropriate treatment, in various occasions I was prescribed with pain pills by them to control the pain but also a lot times. I had to purchase the medicine on commissary because the medical staff refuse to prescrive me the pills and I too received a belt for the hernia and that was it.
They did not give me the evaluation from Medic Specialized in surgery "Surgeon Specialist", nor the surgery that I need till I got to North Lake Correctional Facility and those "56" months I received cruel and unusual treatment to my health care, prejudice and discrimination. I was not send to get a herniorrhaphy or colonoscopy or laparoscopic bilateral inguinal hernia

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

I would like the Honorable court to monetary compensation for $750,000.ºº, Substandard medical care, Negligence under Tort Claim Act, Violation of constitutional and civil rights againts medical care provides under Bivens, Violation due Process, Deliberate indifference to my serious medical care, cruel and unusual Punishment, Prejudice and discrimination "56 months I suffering Extreme Pain"

Page 5

## FACTS

In an occasion it was caught on video and audio of the security cameras from the jail that are in the hallway by Clinic in the Unit JO-05 Floor 7, on 06/17/2020 aproximately at 12:00-15:00 PM, which of that incident I never received a response back and since they agreed to what happen I never received any disciplinary action "Shot", I video you can see two inmates on our way to the clinic by the Dr. Gerson only attended the Russian guy by the name of Nicolay Tupikin that's also a Jew just like Dr. Gerson and he send me back to my Unit 7-3, I informed him "I was having pain" and he responded back to me: "I don't care, go back to unit". That wasn't the only time that I received a bad treatment by him, For that reason I requested to be seen by onother doctor.

And finish the Administrative Remedy Process with the BP-11 from Central Office on Oct/13/2020, where they begin to play with me sending me from one place to another so that I wouldn't go forward with the process with out giving me a right answer to my health problem, Central Office send me with the Staff of MDC Brooklyn so that they would come up with a Memo. The Unit Manager Mr. Mebaine send me the Administrative Remedy Coordinator MDC Brooklyn, and he or she refused to make a Memo recomended by the Coordinator of Central Office.
See: "Affidavit from Luis Soto, Date 01/03/2021", who was my translator. Exhibit N° 3

Pag. 5.1

FACTS

On January 8, 2021, I forward with Process of the Federal Tort Claim Act "FTCA" soliciting monetary Compensation for Deliberate Indifference for (3) three years of suffering pain and extreme pain due to this petition of which the warden of MDC Brooklyn was aware of I submitted the request how it was written on the Inmates handbook through a BP-10 directly to the Regional Office for being a sensitive issue that involved the Medical Staff and Administrative Personal from the Prison where I was being held at and that it was them that were neglecting me medical assistance and that violated my civil and constitutional rights giving me an inhumane and severe treatment I was afraid of receiving reprisal from their part directly or indirectly.

I received the response from the Regional Counsel, Mr. Darrin Howard on April 27, 2021 sayin: "Under the provision of the applicable Federal Statutes, we have six months from the date of receipt to review, consider, and adjudicate your claim" See : Exhibit N° 4 ; Six months went by and he never send a respond back.

On February 13, 2022, I asked another inmate to help me because I don't speak no english, to write the Regional Office a letter to remind them about my claim, the one I send through Certified Mail from North Lake Correctional Facility and I never got a respond back.

FACTS

On May 18, 20, I requested the help from a paralegal to write the second and last letter to the Northeast Regional Office for Mr. Darrin Howard, once again reminding him about my Claim No. TRT-NER 2021-03989 and just like the last one I send on May 24, 2022 it through Certified Mail including a copy of every document and to this date I still have not received an answer. See exhibit Nº 5.

In the month of July of 2020 we were ordered to Pack our property because we were going to be released to the custody of the B.O.P.

On July 20, 2022 my property and I were released to the BOP gettin to Yazoo City USP and even thoe I don't have a hold and with just (4) Four points of level designation they have left me in this prison and not the one that I was designated to which should be a Camp or a prison that should be a Low Level, ever since I got off of quarantine I tested positive for COVID-19 and went to general populacion in the second week of august I've submitted multiple request's to get my legal material that's in custody of the R&D and be able to continue with the Process.

I was the only one out of a hundred inmates in N-2 Unit that received their property late, it was given to me on the 10th of Nov. 2022, information that you Honorable Judge can confirm with confirm with the correctional Officers from the R & D Mr. Williams and Mr. More.

Pag. 5.3

FACTS

Due to these reasons I have taken a while to submit the Amended Complaint and also due to the COVID-19 going from orange to red stoping me From going to the Law Library to make copies in the printer of the documents for the exhibit and for my personal archive.

Ever since the month of august I've had severe pain on my surgerys, I've send multiple e-mails to Health Service PEN, Ms. Pitts and also to AW Operations, I've also written some coup out's and also (5) five sick calls and (1) one BP-8 and this date I'm still waiting for medical attention.

The only response I got back was on 10/07/2022 by K, Key BSN, RN is Chronic Issues Scheduled to see a praider, but I was never called.

Due to all the reasons mention here I respectfully consider that there was and there is

1- Substandard medical care

2- Negligence under Federal Tort Claim Act

3- Violation of Civil and Constitutional rights against medical care provides under Bivens and violation of the Due Process.

4- Cruel and unusual Punishment, Prejudice and Discrimination.

5- Deliberate Indifference to my serious medical care the consequences reflected on my mental health increasing my Psychological disorders: Posttraumatic Stress Disorder, Panic Attack, Depression severe and Anxiety, due to the BOP authorities neglecting me medical care.

Pag. 5.4

## FACTS

Priving me of continuing with a normal life during my stay in prison and making me feel extreme and frequent pain that are stopping me from socializing and doing ecxercises and also stopping me from doing sports and also missing rec making my time in prison be inhumane, severe and receiving an additional punishment for the lack of medical assistence that the BOP must provide me with; Situations that only happen in third world countries and should not be happening in a country like the United States of America.

If it could admit the present Amended Complaint and assigned it to the Honorable United States District Judge Analisa Torres, who is already aware of the case and could go forward with it.

Pag. 5.5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12-01-2022 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Ludwig | Criss | Zelaya-Romero |
| First Name | Middle Initial | Last Name |

P.O Box 5000
Prison Address

| Yazoo-City | MS | 39194 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Ludwig Zelaya - Romero_

Write the full name of each plaintiff.

_17_ CV _9651 (CM)_

(Include case number if one has been
assigned)

-against-

_A. J. Bussanich_

_R. Beaundouin_

**AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Ludwig_____     _Criss_____     _Zelaya - Romero_____

First Name            Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_75942 - 054_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Metropolitan Correctional Center_____

Current Place of Detention

_150 Park Row_____

Institutional Address

_New York_____     _NY_____     _10007_____

County, City            State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

*A. J.* _____ *Bussanich* _____
First Name             Last Name                    Shield #

*Clinical Director* _____
Current Job Title (or other identifying information)

*Metropolitan Correctional Center* _____
Current Work Address

*New York* _____ *NY* _____ *10007* _____
County, City                State                    Zip Code

Defendant 2:

*R. "Robert"* _____ *Beaundouin "Beaudouin* _____
First Name             Last Name                    Shield #

*Staff Physician MD (Medical Officer)* _____
Current Job Title (or other identifying information)

*Metropolitan Correctional Center* _____
Current Work Address

*New York* _____ *NY* _____ *10007* _____
County, City                State                    Zip Code

Defendant 3:

_____
First Name             Last Name                    Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                State                    Zip Code

Defendant 4:

_____
First Name             Last Name                    Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                State                    Zip Code

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: _Metropolitan Correctional Center_

Date(s) of occurrence: _09/18/2017, 13, 14, 15, 18, 20 September 2017_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

My medical history in MCC starts in December 13 2016 in the prison intake (R&D). The day I arrived and became inmate number 75942-054. The medical staff that was on shift asked about my physical and health conditions. They did a physical check-up, extracted DNA and injected me in the interview. I explanied the pains specifically in my lower back (L4-L5 & L5-S1).

Due to disorder and that I was waiting for surgery for my condition. I also informed that I was undergoing psychoTherapy since 2008. Due to my PTSD and random panic attacks. In 2012 I had depresive relapse and under went treatment with Rivotril and Ocopational theraphy. The doctors asked me if I ever under went surgery, I let him know that it was affirmative, that on 2015 I was operated from a Hernia. I was in need of a general evaluation, when I asked when would that be, he told me soonr

The following day I was sent to 9-South (SHU). They put all inmates that are being diciplined, but in my case I have not done anything to deserve to be put in there for 26 days On January 10 2017 I was housed in 11-North. As soon as I got there I started asking the staff that brought the medication when would I be seen by the doctor so I could be evaluated and continue my medication,

Page 4

that when a medical staff named Joaquin told me that the prision do not have a doctor and that I had to wait.

Due to his answer, the C.O. that was on shift told me that I had to send an email and print out the emails for my personal record. I have in my folder these dates as followed 04-6-17, 05-13-17 05-18-17, 05-22-17, 05-24-17. I sent an email to the psychology department reminding them about my condition. They told me that I was going to recieve treatment for anxiety depression. Also receiving the Rivotrol which was the treatment I was receiving in my Country "Honduras."

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My surgery took place in Honduras in 2015. When I arrived in the U.S., I was put in MCC. I told the doctors that I was having pain due to my surgery (inguinal hernia). I received no treatment in MCC. Only Subscribe medication to control the pain for six months. I needed a special evaluation due to my surgery. Only medication I received nothing else.

**VI.    RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like the court to compensate me for three million dollars. Also to mandate this facility to have a doctor who specialize in my type of situation.

Page 5

(1)

FACTS:                    Case · 1·17-cv-09651-CM

Due to all these consequences, I spoke to my appointed attorney, Mr. Sean M Maher. I explained to him my health condition but he was not that helpful. That when I decided to write to the Honourabl Judge Lorna G Schofield, on July 30 2017 explaining my desperate health condtion, which were receiving on 08-4-17 by the honourable Judge at about 10:29am. Ten days later I was called to go see the medical staff doctor Kang Yoon PA-C (health service staff). The staff did a X-ray of the spinal cord and then gave me a appointment for physical theraphy. It is amazing that I had to write to the honourable Judge to recieve medical attention. Eight to nine months later, receiving for the first time, medication on 09-14-17 for the spine pain. Even though I showed them the medical records that I had from 2014 showing that I was waiting surgery for the spine and inplant two bars and eight screw, Transpendiculares screws for Degenerative disease, that way the L4-L5 and L5-si could be put back in place.

I also showed them a electromyography (EMG) dating back 11-2-16 coducted at 9:38am showing the problem that I have in my lower hip in the left side with the nerves pipes. In September I started to get very serious pain in my ribs and the left side of my pelvis. I sent an email on 09-12-17 and 09-14-17 and 09-20-17, two of those were answered but I was never seen on the dates of 09-13-17, 09-15-17 and on 09-25 I wrote to the Associate Warden Operation A.W. K. Elraheb informing him about my medical condtion and the lack of medical service. He replied to me on 09-26-17 as follow

• For your medical concearns, contact Health Service, email is NYM-Health svs Admin - the A.W. over health service is A.W.

On 09-13-17 the consular of 11-North E, Walkes cordinated a medical visit cause of the tremendous pain I had in between my ribs, next to my belly button where I had the operation of the Inguinal Hernia and the left testicle. The doctor did not see me on the same day in

(2)

**FACTS:**        Case. 1:17-cv-09651-CM

the night. The inmate in 11-North helped me to the elevator due to the tremendous pain. The clinic doctor who attend me, Mr. Singh who I belive is not a doctor, being that he had no idea on what to do with me Mr Singh had to get on the phone to get instruction, he did not want to take my temperature, check my vitals, diagnose me or tell me what was causing this pain.

Another medical staff conducted blood exam and other and applied two injections which controlled the pain. That same night another inmate got sick but in his case, he was taken to the hospital. I don't recall the exact date that I was seen by doctor A.J. Bussanich (clinical Director) I have is two dates on which I recieved medication by him on 09-14-1 09-14-1 Naproxen 500mg Tab, on 09-21-17 Naproxen 500mg Tab, Meloxican 15mg Tab, Senna 8.6mg Tab, Omeprazole 20mg Cap, Docusate Sodium 100mg Cap, These medication caused me to bleed out my rectum. These medication were subscribe to me for being diagnose with a hernia again. Due to this effect I was sent to the prsion clinic where Dr. R. Beaundouin staff, who confirmed the diagnose that Dr. Bussanich Clinic Director confirming that in fact I do have a Inguinal Hernia again.

Due to the bleeding, he instructed me not to take none of those medicine that were subscribed to me except the Naproxen for the pain. But being that they took so long to treat me I already finshed the treatment. After that I was never asked about my health condition. I did not recieve no follow ups, never called for any medical procedure. I was now force to buy medication from commissar such as Advil and Mapap.

Due to this I see myself force to write to Honurable United States District Court, EDNY and ask for a application to present Clivil lawsuit For Medical Negligence and malpratice and lack of attention being that untill they did not see that I recieved documents from the honourable Courts. Then they sent me to kingsbrooks Jewish Medical

(3)

FACTS:          Case 117-CV-09651-CM

Center to get a catscan. I don't remenber the day of the exam, but I do remenber the day that the prsion doctor Beaundoun seen it on 1-25-1 When the Ms. Olivares talked to Mr. K. ST Johon to come get me to take me to the prsion Clinical, being that I had many days with the Same tremendous pain. I was seen by Dr, Beaundoun, I arrived at the clincil a 12:30pm, I was second in line to see him. But he attened me last. I waited till 3:10pm when he called me in. He did not do any of the basic procedure, temperature, weight, blood pressure etc

Dr. Beaundovin was going to recomand another exam. I let him know that they had already taken me to the hospital and they already done an a exam. That is when he went on his computer and checked his email, sent to him by the kingsbrook Jewish Medical Center with the results of the exam. The doctor told me that everything was ok. All I had was a small kidney stone and that it was nothing to worry about. I ask him why am I in pain. I ask him if he thinks that I am lying. All he did was look at me and then subscribe me Naproxen 500mg and Acctaminophen 325mg for 14 days.

I always take all medcine as they are subscribe, but the pain gets stronger. Due to my situation I told Mr Yannone and he told me being that I had surgery done that my case had to be treated in a different manner. A specialist is going to evaluate me to determine the correct cause, that was on 1-23-18. I have not recieved a respond from no medical department, it's been seven months with the pain. I still don't know what causes the pain. The doctor's are only controlin the pain effect, but I want to know the correct cause of this pain and what is the next medical procedure.

If this situation continue like this, it is going to cause Hepatic Cirrhosis or a Gastric Ulcers and I don't want this. This is why I'm solicitating and please determine what is the next medical procedure.

(4)

FACTS:                 Case. 1:17-CV-09651-CM

   Also to inform your honourable Judge that in this institution is very hard to follow the internal procedure. When I solicitaded a BP-9 all they gave me is excues and when they do give it to you, they don't want to accept it, in my case 3rd time I tried for them to recieve it. First I gave it to MSZ.Gardn who told me to best wait for the counslor MS. Olivares. Then in two occasion MS. Olivares in front of another inmate told me to come back tomorrow due to the fact she had alot of work and the next day to give it to her when her boss is presence MS. R. Proto (unit Manager).

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | | Plaintiff's Signature |
|---|---|---|
| *Ludwig* | *Criss* | *Zelaya - Romero* |
| First Name | Middle Initial | Last Name |

*150 Park Row*

Prison Address

| *New York* | *NY* | *10007* |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LUDWIG ZELAYA-ROMERO,

                                    Plaintiff,

        -against-

A.J. BUSSANICH and R. BEAUDOUIN,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020

17 Civ. 9651 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff, Ludwig Zelaya-Romero, claims that he received inadequate medical care from

Defendants, A.J. Bussanich, M.D., and R. Beaudouin, M.D., while he was detained at the

Metropolitan Correctional Center ("MCC") awaiting trial. Compl. at 4–9, ECF No. 6. He seeks

compensation from them for those alleged failings in treatment. *Id.* at 5. Defendants contend

that Plaintiff has not followed the administrative procedures required to exhaust his claims under

the applicable statutes, and on that basis have moved to dismiss some of his claims for lack of

jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for summary

judgment on other of his claims under Rule 56. ECF No. 53; Def. Mem. at 1–2, ECF No. 54.

The Court agrees that exhaustion requirements apply to each of Plaintiff's claims, and that he has

not met those requirements. Accordingly, Defendants' motion is GRANTED.

**BACKGROUND**

I.    Factual Background

In 2017, Plaintiff was an inmate at the MCC, awaiting trial. Compl. at 2, 4. Upon his

intake at that facility, Plaintiff informed medical staff that he had pain in his lower back. *Id.* at 4.

Previously, in Honduras, he had surgery involving a hernia, and he told the staff that the surgery

was causing his pain. *Id.* at 5. After writing to the Honorable Lorna Schofield, who is presiding

over Plaintiff's criminal proceeding, he was taken to see medical officials in August 2017 for an examination of his lower back. *Id.* at 6. After the visit, he repeatedly attempted to communicate with those officials via emails. *Id.* In September 2017, Plaintiff experienced severe pain in between his ribs, at the site of his previous operation. *Id.* In response, Plaintiff was examined by Dr. Bussanich. *Id.* at 7. Dr. Bussanich gave him a variety of medications, which Plaintiff alleges "caused me to bleed out [of] my rectum." *Id.* Plaintiff was then taken to see Dr. Beaudouin, who instructed Plaintiff to not take most of the medications previously prescribed. *Id.* Plaintiff, after sending a letter to the United States District Court for the Eastern District of New York, was then taken to a hospital for a CAT scan. *Id.* at 7–8. On January 25, 2018, Plaintiff was again examined by Dr. Beaudouin, who reviewed the results of the CAT scan and informed Plaintiff that he had a kidney stone, and prescribed him naproxen and acetaminophen. *Id.* at 8. Plaintiff does not believe this diagnosis is correct, and is concerned that if left untreated his ailment will lead to more severe medical problems. *Id.*

II.    Procedural Background

On December 7, 2017, Plaintiff filed a complaint initiating this action, written in Spanish. ECF No. 2; *see id.* at 5 (noting that Plaintiff signed the complaint on December 4, 2017). On January 12, 2018, the Honorable Colleen McMahon, Chief United States District Judge, *sua sponte* assigned the case to her docket and ordered Plaintiff to refile the complaint in English, or with an English translation. ECF No. 5. On February 20, 2018, Plaintiff filed an amended complaint written in English. *See* Compl.

Plaintiff also proceeded through the Bureau of Prisons ("BOP") Administrative Remedy Program ("ARP"), a set of procedures for "an inmate to seek formal review of an issue relating to any aspect of his/her own confinement." 28 C.F.R. § 542.10. The ARP has four levels of

2

review. "[A]n inmate must: (1) attempt to resolve the issue informally; (2) submit a formal written Administrative Remedy Request to the institution; (3) appeal any unfavorable decision by the institution to the Regional Director of the BOP; and (4) appeal any unfavorable decision by the Regional Director to the BOP's General Counsel." *Goodall v. Von Blanckensee*, No. 17 Civ. 3615, 2019 WL 8165002, at *4 (S.D.N.Y. July 19, 2019) (internal quotation marks and citation omitted), *report and recommendation adopted*, 2020 WL 1082565 (S.D.N.Y. Mar. 5, 2020). On December 20, 2017, Plaintiff submitted an informal resolution form to his correctional counselor. Pl. Opp. at 25,[1] ECF No. 68. On January 29, 2018, he submitted a formal request for administrative remedy. *Id.* at 31; *see also id.* at 36. The request was denied on February 21, 2018; the stated ground for denial was that Plaintiff had not provided evidence of attempting informal resolution. *Id.* at 30. On June 19, 2018, Plaintiff mailed an appeal of that denial to the BOP Northeast Regional Office. *Id.* at 33–35. Plaintiff states that on approximately June 29, 2018, he received a response from the regional office denying his appeal. *Id.* at 5. He further asserts that shortly thereafter, he mailed an appeal to the BOP's Genearal Counsel in Washington, D.C. *Id.*; *see id.* at 41 (request to BOP under the Freedom of Information Act asking for the return of Plaintiff's letter and attachments).

**DISCUSSION**

## I.   Legal Standards

"A case is properly dismissed for lack of subject matter jurisdiction under Rule 12(b)(1) when the district court lacks the statutory or constitutional power to adjudicate it. In resolving a motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1), a district

---

[1] Plaintiff's memorandum in opposition contains a number of attachments, which he has helpfully divided into numbered exhibits. For ease of reference, however, the Court will refer to the page numbers assigned to the document by ECF in citing to the attachments as well as to the memorandum itself.

3

court . . . may refer to evidence outside the pleadings. A plaintiff asserting subject matter jurisdiction has the burden of proving by a preponderance of the evidence that it exists." *Makarova v. United States*, 201 F.3d 110, 113 (2d Cir. 2000) (citations omitted).

Summary judgment is appropriate when the record shows that there is no genuine dispute as to any material fact and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). A genuine dispute exists "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). The moving party bears the initial burden of informing the court of the basis for its motion and identifying those portions of the pleadings, depositions, answers to interrogatories, admissions on file, and other materials in the record that demonstrate the absence of a genuine dispute. Fed. R. Civ. P. 56(a), (c); *Celotex*, 477 U.S. at 323. If the moving party meets its initial burden, the burden then shifts to the non-moving party to establish the presence of a genuine dispute. *Beard v. Banks*, 548 U.S. 521, 529 (2006); *Santos v. Murdock*, 243 F.3d 681, 683 (2d Cir. 2001). In ruling on a motion for summary judgment, all evidence must be viewed in the light most favorable to the non-moving party, and the court must "resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought." *Sec. Ins. Co. of Hartford v. Old Dominion Freight Line, Inc.*, 391 F.3d 77, 83 (2d Cir. 2004).

A court will "liberally construe pleadings and briefs submitted by *pro se* litigants, reading such submissions to raise the strongest arguments they suggest." *Bertin v. United States*, 478 F.3d 489, 491 (2d Cir. 2007) (internal quotation marks and citations omitted). "But a *pro se* party's bald assertions, unsupported by evidence, will not overcome a motion for summary judgment." *Allah v. Wilson*, No. 13 Civ. 4269, 2017 WL 4350611, at *3 (S.D.N.Y. July 31,

4

2017) (internal quotation marks and citations omitted). "Even though a *pro se* plaintiff is generally afforded more liberty in his pleadings, he must still come forward with evidence of specific facts that refutes the defendant's evidence in its motion for summary judgment." *Spavone v. City of New York*, 420 F. Supp. 2d 236, 238 (S.D.N.Y. 2005).

II.    Plaintiff's Claims

The complaint does not specify a cause of action against Defendants. Because Plaintiff is *pro se*, the Court must review the facts alleged in the complaint, and interpret it as raising the strongest possible claims that those facts suggest. *See Hill v. Curcione*, 657 F.3d 116, 122 (2d Cir. 2011) ("In our review of the sufficiency of a *pro se* complaint . . . we are constrained to conduct our examination with special solicitude, interpreting the complaint to raise the strongest claims that it suggests." (internal quotation marks, citation, and alterations omitted)).

Construed liberally, the complaint can be interpreted to raise two sets of claims. First, the complaint can be read as asserting a tort claim against Defendants for negligence and malpractice. *See Obunugafor v. Borchert*, No. 01 Civ. 3125, 2001 WL 1255929, at *2 (S.D.N.Y. Oct. 19, 2001) ("[T]his action for medical neglect and failure to diagnose a disease . . . amount[s] to a claim for either negligence, or . . . medical malpractice." (internal quotation marks and citation omitted)). Second, the complaint can be read to assert a constitutional claim against Defendants for deliberate indifference to Plaintiff's medical needs, in violation of the Fifth Amendment's Due Process Clause. *See Laurent v. Borecky*, No. 17 Civ. 3300, 2018 WL 2973386, at *5 (E.D.N.Y. June 12, 2018) (recognizing that a pretrial detainee may bring a claim under the Fifth Amendment against federal officials in their individual capacity for deliberate indifference to medical needs). The Court will address each claim in turn.

5

III.  FTCA

    A.  Substitution of United States as Defendant

Plaintiff's tort claims for negligence and medical malpractice are brought against

Defendants for actions they took as federal employees acting within the scope of their

employment.  In such cases, the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346 *et seq.*,

provides that a party's exclusive remedy is a lawsuit against the United States, not the individual

employees.  28 U.S.C. § 2679(b)(1).  "To emphasize the exclusivity of the remedy against the

United States under the FTCA, [28 U.S.C.] § 2679(d) requires that the United States be

substituted as *the* party defendant upon certification by the Attorney General or the court that the

defendant employee was acting within the scope of his employment."  *B & A Marine Co. v. Am.*

*Foreign Shipping Co.*, 23 F.3d 709, 713 (2d Cir. 1994).

In this case, the United States Attorney for the Southern District of New York, exercising

authority delegated to him by the Attorney General, has certified that Defendants were acting

within the scope of their employment in treating Plaintiff.  Berman Cert., ECF No. 56-1; *see* 28

C.F.R. § 15.4(a) ("The United States Attorney for the district where the civil action or

proceeding is brought . . . is authorized to make the statutory certification that the Federal

employee was acting within the scope of his office or employment with the Federal Government

at the time of the incident out of which the suit arose.").  Accordingly, the United States must be

substituted in place of Defendants for purposes of these claims, and the FTCA's restrictions

apply.

    B.  Exhaustion

The United States argues that Plaintiff has not met the FTCA's requirement of exhausting

administrative remedies before filing suit, and that this Court consequently lacks jurisdiction

6

over Plaintiff's tort claims. Def. Mem. at 11–12. "The FTCA bars claimants from bringing suit in federal court until they have exhausted their administrative remedies." *McNeil v. United States.*, 508 U.S. 106, 113 (1993). The FTCA requires, at minimum, that a claimant file an administrative claim with the appropriate federal agency and that the claims be denied. 28 U.S.C. § 2675(a); *see Keene Corp. v. United States,* 700 F.2d 836, 841 (2d Cir. 1983). "For federal inmates, that means filing a claim for money damages with the [BOP]." *Barnhill v. Terrell,* 616 F. App'x 23 (2d Cir. 2015) (citing 28 C.F.R. § 543.32). "To pursue an FTCA claim relating to the BOP, a claimant must submit an Administrative Tort Claim to the appropriate BOP Regional Office, and appeal to the General Counsel's office." *Heffley v. FCI Otisville*, No. 18 Civ. 1630, 2018 WL 10228398, at *5 (S.D.N.Y. Oct. 1, 2018) (citing 28 C.F.R. §§ 543.31, 543.32).

Exhaustion of administrative remedies in the manner prescribed by the relevant federal agency is a mandatory prerequisite to bringing an FTCA claim. *See McNeil,* 508 U.S. at 113. It is the plaintiff's burden to plead facts capable of showing that he has satisfied the FTCA's exhaustion requirement.[2] *See Bright-Asante v. Wagner*, No. 15 Civ. 9110, 2017 WL 6948359, at

---

[2] The requirement that the plaintiff carry this burden arises out of the principle that a plaintiff's failure to exhaust administrative remedies deprives the district court of subject-matter jurisdiction. *See In re Agent Orange Prod. Liab. Litig.*, 818 F.2d 210, 214 (2d Cir. 1987) ("[The FTCA] provides time limitations that are . . . jurisdictional in nature. . . . The burden is on the plaintiff to both plead and prove compliance with the statutory requirements. In the absence of such compliance, a district court has no subject matter jurisdiction over the plaintiff's claim." (citations omitted)). That chain of reasoning has been called into question by the Supreme Court's opinion in *United States v. Kwai Fun Wong*, 575 U.S. 402, 411–12 (2015), which held that the FTCA's requirement that a claim be presented to the relevant agency within two years of accrual is *not* a jurisdictional limitation. The Second Circuit has recognized the possibility that *Wong* should cause courts to "revisit[]" the jurisdictional treatment of the FTCA's exhaustion requirement. *Casella v. United States*, 642 F. App'x 54, 56 n.1 (2d Cir. 2016). It is a difficult question whether treating the exhaustion requirement as a mandatory claim-processing rule, rather than a jurisdictional requirement, would affect which party has the burden of raising and demonstrating exhaustion. *See T.H. v. D.C.*, 255 F. Supp. 3d 55, 59 (D.D.C. 2017) ("[I]f the administrative-exhaustion provision is a claim-processing rule, the failure to pursue the required administrative remedies would be an affirmative defense, which the defendant would have the burden of pleading and proving."); *cf. Jones v. Bock*, 549 U.S. 199, 212 (2007) (holding that defendants bear the burden of raising the exhaustion requirement under the Prison Litigation Reform Act as an affirmative defense, because

7

*9 (S.D.N.Y. Dec. 1, 2017) ("Plaintiff has the burden to 'both plead and prove compliance with the exhaustion requirements' of the FTCA." (quoting *In re Agent Orange Prod. Liab. Litig.*, 818 F.2d 210, 214 (2d Cir. 1987) (alteration omitted)).

Plaintiff does not allege that he filed an Administrative Tort Claim in the appropriate BOP Regional Office or an appeal to the General Counsel's Office. *See generally* Compl. Nor is there any evidence outside the pleadings that Plaintiff sought compensation from the BOP in the prescribed manner before filing this action. To the contrary, the United States has submitted an affidavit from a BOP legal assistant, who attests that she has reviewed the BOP's file related to Plaintiff and found no record of his submitting an Administrative Tort Claim. Aassiddaa Decl. ¶¶ 1, 7, ECF No. 55.

Plaintiff has failed to establish that this Court has jurisdiction over his negligence or medical malpractice claims. The Court, therefore, must dismiss them under Rule 12(b)(1). Because the Court lacks subject-matter jurisdiction, however, it must dismiss Plaintiff's claims "without prejudice to Plaintiff's refiling such claims against the United States after [he] exhausts [his] administrative remedies under the FTCA." *Terry v. U.S. Office of Pers. Mgmt.*, No. 16 Civ. 7475, 2016 WL 10570946, at *2 (S.D.N.Y. Dec. 23, 2016).

Accordingly, the motion to dismiss Plaintiff's FTCA claim for lack of subject-matter jurisdiction is GRANTED without prejudice.

---

"courts typically regard exhaustion as an affirmative defense"). In recent decisions, however, the Second Circuit has continued to treat the exhaustion requirement as a bar on subject-matter jurisdiction. *See Page v. United States Agency for Glob. Media*, No. 18-2295, 2019 WL 6465060, at *2 (2d Cir. Dec. 2, 2019) ("The district court thus lacked jurisdiction over any FTCA claim" not exhausted.); *Thompson v. United States*, No. 18-2608, 2019 WL 6245757, at *4 (2d Cir. Nov. 22, 2019) ("A district court lacks subject matter jurisdiction if the plaintiff failed to exhaust his FTCA claims."). The Court will follow the Second Circuit's lead.

8

IV.    PLRA

Plaintiff's constitutional claims are not covered by the FTCA, and may be brought

against Defendants in their personal capacity. *See* 28 U.S.C. § 2679(b)(2); *Lipkin v. U.S. S.E.C.*,

468 F. Supp. 2d 614, 617 (S.D.N.Y. 2006) ("[T]he FTCA does not apply to suits for violations of

federal constitutional rights."). But Defendants argue that because Plaintiff is a pretrial detainee,

those claims can proceed only if he has complied with the requirements of the Prison Litigation

Reform Act ("PLRA"), 42 U.S.C. § 1997e. Def. Mem. at 13–14. The PLRA imposes strict

procedural requirements on lawsuits brought by "any person incarcerated or detained in any

facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations

of criminal law." 42 U.S.C. § 1997e(h). It applies to this action, because at the time Plaintiff

filed suit he was detained in the MCC and accused of a crime. *See Seymore v. City of New York*,

No. 12 Civ. 6870, 2014 WL 1259563, at *2 (S.D.N.Y. Mar. 26, 2014) ("The PLRA applies to

claims asserted by pretrial detainees as well as sentenced prisoners.").

Defendants seek summary judgment on the ground that Plaintiff failed to exhaust

administrative remedies with the BOP before filing suit. Def. Mem. at 13–16. The PLRA

provides, "No action shall be brought with respect to prison conditions under section 1983 of this

title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional

facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).

"Exhaustion is mandatory—unexhausted claims may not be pursued in federal court." *Amador*

*v. Andrews,* 655 F.3d 89, 96 (2d Cir. 2011). And exhaustion must be "proper," meaning that "a

prisoner must complete the administrative review process in accordance with the applicable

procedural rules, including deadlines, as a precondition to bringing suit in federal court."

*Woodford v. Ngo,* 548 U.S. 81, 88 (2006); *see Amador,* 655 F.3d at 96 ("Section 1997e(a)

9

requires proper exhaustion—that is, using all steps that the agency holds out, and doing so properly." (internal quotation marks and citation omitted)).

Exhaustion of administrative remedies must be completed before a plaintiff files suit. *See Neal v. Goord*, 267 F.3d 116, 123 (2d Cir. 2001), *abrogated on other grounds by Porter v. Nussle*, 534 U.S. 516, 531 (2002). Thus, "exhausting administrative remedies after a complaint is filed will not save a case from dismissal." *Id.* at 121. Even in cases where dismissal of an action that was unexhausted at the outset appears to be "judicially inefficient" the court must do so, because "allowing prisoner suits to proceed, so long as the inmate eventually fulfills the exhaustion requirement, undermines Congress' directive to pursue administrative remedies prior to filing a complaint in federal court." *Id.* at 123.

The PLRA applies to Plaintiff's claims of insufficient medical treatment. "[T]he PLRA's exhaustion requirements squarely include complaints of inadequate medical treatment." *Prince v. Latunji*, 746 F. Supp. 2d 491, 495 (S.D.N.Y. 2010). And the undisputed evidence shows that Plaintiff did not complete the administrative process before commencing this action. Plaintiff filed his original complaint on December 7, 2017. ECF No. 2. He did not initiate the ARP until December 20, 2017. Pl. Opp. at 25. That fact alone is sufficient to grant Defendants' motion for summary judgment. The PLRA "*requires* exhaustion of available administrative remedies *before* inmate-plaintiffs may bring their federal claims to court *at all*." *Neal*, 267 F.3d at 122 (emphasis in original) (internal quotation marks and citation omitted). "[E]xhausting administrative remedies after filing suit but before filing an amended complaint does not satisfy the PLRA." *Keitt v. NYS Dep't of Corr. & Cmty. Supervision*, No. 11 Civ. 855, 2017 WL 9471826, at *5 (W.D.N.Y. Jan. 4, 2017); *see also Shepherd v. Lempke*, No. 10 Civ. 1524, 2017 WL 1187859, at *3 (N.D.N.Y. Mar. 30, 2017) ("[A] post-exhaustion amendment of the

10

complaint cannot cure an exhaustion defect existing at the time the action was commenced." (internal quotation marks and citation omitted)). But even assuming the date of Plaintiff's amended complaint were relevant, his suit would still be barred. The amended complaint was filed on February 20, 2018. Plaintiff's formal request for administrative remedy—step two of the ARP—was denied on February 21, 2018; even then, there were two more steps Plaintiff had to complete before fully exhausting his administrative remedies.

The Court, therefore, must grant summary judgment to Defendants on Plaintiff's constitutional claims. That grant of summary judgment, however, does not preclude Plaintiff from renewing his claims in a new action if he has completed the administrative process. *See Fuentes v. Furco*, No. 13 Civ. 6846, 2014 WL 4792110, at *3 n.1 (S.D.N.Y. Sept. 25, 2014) (describing "the procedural peculiarity that necessitates a grant of summary judgment without prejudice in the context of a failure to exhaust administrative remedies under the PLRA when the failure to exhaust is not apparent from the face of the complaint").

Accordingly, Defendants' motion for summary judgment on the issue of exhaustion is GRANTED, without prejudice to Plaintiff's bringing a new action after properly exhausting administrative remedies.

## CONCLUSION

For the reasons stated above, Defendants' motion to substitute the United States as a defendant for Plaintiff's negligence and medical malpractice claims is GRANTED, the United States' motion to dismiss those claims for lack of subject-matter jurisdiction is GRANTED, and Defendants' motion for summary judgment on Plaintiff's constitutional claims is GRANTED. The dismissal of Plaintiff's claims is without prejudice to Plaintiff's reasserting the claims in a

11

new action after exhausting the distinct administrative procedures each claim requires.  The

Clerk of Court is directed to terminate the motion at ECF No. 53, and close the case.

SO ORDERED.

Dated: March 27, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge

# EXHIBIT 3

<u>AFFIDAVIT</u>

I Luis Soto, Register #26142-038, I was the translator for Mr. Zelaya-Romero, when he was call'd to the Unit Manager Office due that he does'nt speak english.

The Unit Manager Mr. Mcbain had the Administrative Remedy Coordinator Brooklyn M.D.C. written in Reject Reason #1: Your request is untimely Institution and C.C.C. request (BP-09) must be received w/20 Days of the event complained about Mr Mcbain and Ms. V. Williams Unit Secretary, they said that they could'nt Find any problems in the Administrative Remedy Program ("ARP") (BP-08, BP-09, BP-10 and BP-11), they claim that it was on time and that he was going to send them to the Administrative Remedy Coordinator so they could do the Memo that was Recomended to the Administrative Remedy Coordinator Central OFFice.

About ten days later he was call'd back to the Unit Manager's OFFice and at that time I went with Mr. Zelaya-Romero as his translator and that time Ms. V. Williams Unit Secretary gave him the Administrative Remedy's and told him that the Administrative Remedy Coordinator Brooklyn M.D.C. denied to due the Memo the Administrative Remedy Coordinator Central OFFice Recomended and explaine that the Claim was From 2017 and For this Reason it was Untimely he also Complain about he's Inguinal Hernia in another prison (M.C.C) and in (M.D.C), they concluded that they werent going to do the Memo, so they.

Date 01/03/2021. continuation next page →

gave back all the document to Mr. Zelaya Romero.

Your Sincerely

Luis Soto
Reg # 26142-038
Metropolitan Detention Center
80 29th Street
Brooklyn, NY, 11232

Date  01/03/2021

EXHIBIT
N. 4

### INMATE REQUEST FOR INFORMAL RESOLUTION

NAME: _Ludwig Zelaya-Romero_   REG. _75942-054_

UNIT: _F1_

SPECIFIC ISSUE NEEDING
RESOLUTION: _I need surgery for a hernia and a kidney stone (diagnosed in 2017). The hernia mis-diagnosis has caused 3 years of suffering. I am requesting $500,000 for pain and suffering._

EXPLAIN, IN DETAIL THE ISSUE:

_In 2017 — I was suffering from pain in my lower back. The MCC doctors gave me medicine that did not work and made me bleed. I have submitted several paper sick-calls and no one is coming to see me._

INMATE SIGNATURE: _[signature]_    DATE: _January 8, 2021_

### TO BE COMPLETED BY COUNSELOR

DATE RECEIVED: _1/13/21_

ACTION TAKEN: _You may not use the Administrative Remedy Process to see monetary compensation. You may file a Tort Claim (see attached). Also, an email was sent to the Medical Dept. regarding your issue._

COUNSELOR SIGNATURE: _[signature] William Fox_    DATE: _1/13/21_

### TO BE COMPLETED BY UNIT MANAGER

INFORMAL RESOLUTION RECEIVED _[Yes]_

UNIT MANAGER SIGNATURE _[signature]_    DATE: _1/19/21_

EXTENSION GRANTED _____   DATE DUE _____

REASON FOR EXTENSION _____

UNIT MANAGER APPROVAL _____   DATE _____

302-724

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

1/21/21 (nw)

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ZELAYA-ROMERO, LUDWIG    #5942-054    71    MDC BROOKLYN
　　　　LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

SINCE 2017 - I HAVE LIVED WITH PAIN AS A RESULT OF MULTIPLE MIS-DIAGNOSESE. I HAVE EXPERIENCED BLEEDING AS A RESULT OF MEDICAL TREATMENT THAT DID NOT WORK. THE BLEEDING — IN VIOLENT DETENTION CENTERS — HAS LED TO OTHER ISSUES TO DEAL WITH, AFFECTING MY SAFETY. DESPITE FILING MULTIPLE PAPER SICK CALLS (THE ONLY COMMUNICATION MEDIUM AVAILABLE TO US) — THERE CONTINUES TO BE 'TREATMENT BY IGNORANCE'.

JANUARY 21, 2021
　　　DATE

X _____
　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

APR - 5 2021

NERO-PHILADELPHIA

_____　　　_____
　　　　DATE　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY : REGIONAL FILE COPY　　　　　　　CASE NUMBER: 1018423-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　　_____
　　　DATE　　　　　　　　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| BUREAU OF PRISONS, PERSONNEL OFFICE N.E. REGION, US CUSTOMS 2ND + CHESTNUT - 7TH FLOOR PHILADELPHIA PA 19106 | LUDWIG ZELAYA - ROMERO #75942 - 054 METROPOLITAN DETENTION CENTER PO BOX 329002 BROOKLYN NY 11232 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY   ☐ CIVILIAN | 04-25-77 | Married | (NONE) N/A  (2017 - ?) | N/A (NONE) |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

SINCE 2017 - I HAVE SUFFERED PAIN AND DISCOMFORT AS A RESULT OF MULTIPLE MIS-DIAGNOSESE. 3+ YEARS LATER - I AM STILL MAKING MEDICAL REQUESTS TO BE SEEN AND TREATED - TO NO AVAIL. MY PREVIOUS CIVIL LITIGATION WAS REMANDED TO RE-SUBMIT TORT CLAIMS.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

I HAVE SUFFERED PAIN AFTER EVERY EFFORT TO HAVE MEDICAL STAFF AT MCC (NY) AND MDC (BROOKLYN) ADDRESS MY ISSUES. I CONTINUE TO RECEIVE NO APPRECIABLE ATTENTION.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

**12.** (See instructions on reverse).    **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $500,000 00 | | $500,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* | (NONE) N/A (INCARCERATED) | JAN. 21, 2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance?  ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☐ Yes  ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 28, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : LUDWIG CRISS ZELAYA-ROMERO, 75942-054
      BROOKLYN MDC      UNT: J     QTR: J03-718U
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1078433-R1      REGIONAL APPEAL
DATE RECEIVED   : APRIL 5, 2021
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES
$ 000.51⁰
02 1P
0001126544    APR 27 2021
MAILED FROM ZIP CODE 19106

PHILADELPHIA PA 191
27 APR 2021 PM 7 L



U.S. Department of Justice
Federal Bureau of Prisons
Northeast Regional Office
U.S. Custom House - 7th Floor
2nd and Chestnut Street
Philadelphia, PA 19106

Official Business

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 16, 2021

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : LUDWIG CRISS ZELAYA-ROMERO, 75942-054
      BROOKLYN MDC    UNT: J    QTR: J03-718L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1084844-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 16, 2021
SUBJECT 1       : REQUESTS FOR MONETARY COMPENSATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                INSTITUTION,  REGIONAL OFFICE, OR  CENTRAL
                OFFICE LEVEL.

REJECT REASON 2: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                ABOUT.

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

6/2/21

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

Center

From: Zelaya Romero Ludwig C        75942-054        J-72        Metropolitan Detention

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

### Part A- INMATE REQUEST

See BP-8.

Someto hasta esta Fecha este Remedio Administrativo por las razones siguientes:

1- Tuve que ir a sentencia a la Corte del Distrito Sur de NY y al regresar estuve en cuarentena

2- Debido a que estamos Lock in Cell por el COVID-19 es más dificil obtener los Remedios Administrativos y hablar con el unit team.

3- Tengo más de tres semanas intentando ir a Law Library a hacerle copias a estos documentos, y cada lunes es una situacion (excusa) diferente, para no dejarme ir y no poder hacer las copias para mi respaldo personal.

6/03/21

DATE        SIGNATURE OF REQUESTER

### Part B- RESPONSE



RECEIVED
JUN 16 2021
BY: BA

---

DATE        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: 1084844-F1

CASE NUMBER: 1084844-F1

### Part C- RECEIPT

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

# EXHIBIT 5

Ludwig Zelaya- Romero, Reg. No. 75942-054

MDC Brooklyn

P.O Box 329002

Brooklyn , NY, 11232

Federal Bureau of Prisons

US. Custom house

2nd & Chestnut St. 7th Floor

Philadelkphia, PA, 19106

Re: Claim No. TRT-NER-2021-03989

Administrative Tort Regarging Claim Received February 8, 2021 by BOP

See attached letter from you regarding my tort claim. Your letter states that I should recieve a response 6 months from the date of reciept shown on the attached. That date was February 8, 2021, and I should have recieved a response by August 9th, 2021. I still have not recieved any update regarding my claim, and we are Feburary 14, 2022, more than a year later.

You are beyond your own policy limits with your response. Please respond to my claim expiditously so this claim can be finally adjudicated.

Ludwig Zelaya- Romero, Reg. No. 75942-054

Date: 2/14/2022

1



Ludwig Criss Zelaya Romero
Regno: 75942-054
North Lake Correctional Facility
P.O. Box 1500
Baldwin MI. 49304

Federal Bureau of Prison
Northeast Regional Office
Room 701 U.S. Custom House
2nd. & Chestnut Street
Philadelphia, PA. 19106

Dear Mr. Darrin Howard,

I am very respectfully submitting this letter again, concern to Administrative **Tort Claim** Received on February 8, 2021. **Claim No. TRT -NER-2021-03989.**

Since April 27, 2021. Was filed your notification to me under the provisions of the applicable Federal Statutes; that you had six (6) months from the date of received this notification to consider and adjudicate my claim.

At this time, I am not received answer yet. And more than 12 months passed since I wrote the first letter. The first letter was sent on February 14, 2022 and I did not receive answer.

Today I am writing this letter again because your time was exhausted and I am waiting for your notification concern to this claim.[1]

I am currently incarcerated at North Lake Correctional Facility in recuperation of a medical surgery; the same issue that you were informed thru the claim. See Medical Record Zelaya Romero Ludwig Criss, Register No. 75942-054.

Thank you in advance for your consideration and your time in this important matter to me.

Date: May 19, 2022.

Sincerely submitted,

Ludwig Criss Zelaya Romero.

---

[1] Exhibit 1

_Attached_

# EXHIBIT

Administrative Remedy Program

"ARP"

5 8    5-31-20

BRO-1330.13E

**INMATE REQUEST FOR INFORMAL RESOLUTION**

NAME: Ludwig Zelaya Romero    REG. NO. 75942-054 UNIT: J05-73

Specific Issue Needing Resolution: I need surgery of a Inguinal Hernia in the left side

Explain, in detail the issue: Since sep. 2017 the Dr. Bussevich and Baquidun Medical Staff (MCC, NY) notice that I have a hernia refere me to Brooklyn Medical Center to the Specialist, and recoment surgery and it has not been done I been takin pills since them to hare with the pain and I haven't been able to recreate properly

Inmate Signature _____    Date 06-10-2020

**TO BE COMPLETED BY COUNSELOR**

Date Received: 6/10/20

Action taken: According to the Medical Dept., "You were already valuated by a surgeon and no hernia was appreciated. The NP tried to e-evaluate you today. You were uncooperative and kept walking away fro. the medical exam room despite being instructed to wait for the medical evaluation. You are welcome to submit a new sick call if you are still having any medical concerns."

COUNSELOR SIGNATURE _____ DATE 6/17/20

**TO BE COMPLETED BY UNIT MANAGER**

Informal Resolution Received: _____

Unit Manager Signature: _____ Date: 6-19-20

Extension Granted: _____ Date Due: _____

Reason for Extension: _____

UNIT MANAGER APPROVAL: _____ DATE: _____

J05-724L

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: NYM-I-N

---------------------------------------------------------------------------------------------------

FROM: 75942054
TO: Sick Call
SUBJECT: ***Request to Staff*** ZELAYA-ROMERO, LUDWIG, Reg# 75942054, NYM-I-N
DATE: 12/12/2017 12:18:48 PM

To: MD1 o MD2
Inmate Work Assignment: N/A

BUENAS TARDES LES ESCRIBO PORQUE YA HACE TRES MESES ESTOY ESPERANDO LA CITA PARA LA
EVALUACION PARA LA OPERACION DE LA HERNIA ENGUINAL TODO ESTE TIEMPO HE ESTADO SOPORTANDO EL
DOLOR Y TOMANDO PASTILLAS QUE HE COMPRADO EN LA COMMISSARY Y YA NO PUEDO SEGUIR ASI POR FAVOR
CONSIDEREN MI SITUACION Y SU DIAGNOSTICO, TAMBIEN ESTOY TENIENDO MUCHO MALESTAR EN LA VISTA
NECESITO QUE POR FAVOR ME PROGRAMEN Y ME ATIENDAN QUE DIOS LES BENDIGA

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: NYM-I-N

---------------------------------------------------------------------------------------------------

FROM: 75942054
TO: Sick Call
SUBJECT: ***Request to Staff*** ZELAYA-ROMERO, LUDWIG, Reg# 75942054, NYM-I-N
DATE: 12/13/2017 06:24:30 PM

To: Sick call
Inmate Work Assignment: N/A

Buenas noches necesito por favor una cita porque me he puesto mal de una tos y en la commissary no me enviaron los
medicamentos que pedi ni jarabe ni pastillas solo unas hall y eso no me esta ayudando mucho por favor programenme una cita
hasta pronto y muchas gracias que Dios les Bendiga

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: NYM-I-N

---------------------------------------------------------------------------------------------

FROM: 75942054
TO: ~ick Call
SU    _CT: ***Request to Staff*** ZELAYA-ROMERO, LUDWIG, Reg# 75942054, NYM-I-N
DATE: 12/12/2017 12:18:48 PM

To: MD1 o MD2
Inmate Work Assignment: N/A

BUENAS TARDES LES ESCRIBO PORQUE YA HACE TRES MESES ESTOY ESPERANDO LA CITA PARA LA
EVALUACION PARA LA OPERACION DE LA HERNIA ENGUINAL TODO ESTE TIEMPO HE ESTADO SOPORTANDO EL
DOLOR Y TOMANDO PASTILLAS QUE HE COMPRADO EN LA COMMISSARY Y YA NO PUEDO SEGUIR ASI POR FAVOR
CONSIDEREN MI SITUACION Y SU DIAGNOSTICO, TAMBIEN ESTOY TENIENDO MUCHO MALESTAR EN LA VISTA
NECESITO QUE POR FAVOR ME PROGRAMEN Y ME ATIENDAN QUE DIOS LES BENDIGA


TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: NYM-I-N

---------------------------------------------------------------------------------------------

FROM: 75942054
TO: Sick Call
SUBJECT: ***Request to Staff*** ZELAYA-ROMERO, LUDWIG, Reg# 75942054, NYM-I-N
DA⁊    12/13/2017 06:24:30 PM

To: Sick call
Inmate Work Assignment: N/A

Buenas noches necesito por favor una cita porque me he puesto mal de una tos y en la commissary no me enviaron los
medicamentos que pedi ni jarabe ni pastillas solo unas hall y eso no me esta ayudando mucho por favor programenme una cita
hasta pronto y muchas gracias que Dios les Bendiga

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: BRO-J-C

--------------------------------------------------------------------------------

FROM: Sick Call
TO: 75942054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/31/2018 08:02:01 PM

The Doctors will take a while to see.  Would you like to see the Nurse Practitioner?

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com> 7/31/2018 2:29 PM >>>
To: clinical director
Inmate Work Assignment: none

i need to see the doctor, i have pain in my left side of my hernia, please thank you


TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: BRO-J-C

--------------------------------------------------------------------------------

FROM: Sick Call
TO: 75942054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/27/2018 04:17:02 PM

you can purchase ibuprofen and tylenol from commissary

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com> 9/27/2018 3:06 PM >>>
To: clinical director
Inmate Work Assignment: none

hello,
i went to the hospital 3 weeks ago, in the hospital the told they will send me some medication, but they just send me medicine for 5 days, and i still in pain, i need more pills...i still feel week, you are just taking care of the pain and not taking care of what is causing this sickness.
please i need more medication or i need to see the doctor.
thanks


TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: BRO-J-C

--------------------------------------------------------------------------------

FROM: Sick Call
TO: 75942054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/23/2019 01:12:02 PM

Tylenol and motrin can be purchased through commissary.

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com> 3/21/2019 9:10 AM >>>
To: Dr. Gerson Birn
Inmate Work Assignment: none

Dear Dr Gerson

Please Dr I need mi medicacion for the pain of my hernia, I have 3 weeks waiting mi medication

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: BRO-J-C

-----------------------------------------------------------------------------------------------

FROM: 75942054
TO: Sick Call
SUBJECT: ***Request to Staff*** ZELAYA-ROMERO, LUDWIG, Reg# 75942054, BRO-J-C
DATE: 05/04/2020 02:48:30 PM

To: Dr. Gerson
Inmate Work Assignment: orderly

Estimado Dr. GERSON
Buen dia con mucho respeto le escribo porque desde el 17 del mes pasado le envie un email y todavia no recibo respuesta, he solicitado medicacion para el dolor de la hernia q ahora con este encierro me esta molestando mas y necesito tomar algo para el dolor no se q hacer porque al parecer con este COVID-19 no es recomendable tomar COVIN ni Ibuprofeno pero realmente necesito algo para el dolor de la hernia que tengo en la region inguinal.
Me gustaria saber si ya han decido que hacer con mi problema de salud con esta hernia porque estoy sufriendo de muchos dolores desde el 2017 y el medico especialista en cirugia del Brooklyn Medicar Center dijo que mi caso habia que manejarlo diferente a un paciente herniado por primera vez porque mi caso la hernia se salio de la maya como usted comprendera el tratamiento para reparar el dano solo es posible con cirugia y no con medicacion ya son tres anos sufriendo se veros dolores que me imposibilitan de llevar una vida normal y hacer actividades de recreacion como deportes y ejercicios por el hacer fuerza me intensifica el dolor por favor necesito que le explique mi caso al Warden para que tome una decision y poder recibir el tratamiento correcto con una cirugia que repare el dano.
Agradezco mucho su paciencia y comprension y gracias por su atencion

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: NYM-I-N

-----------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 75942054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/18/2017 09:37:02 AM

lOOK OUT FOR CALL OUT SCHEDULE. tHX.

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com> 9/14/2017 3:47 PM >>>
To: jefe del departamento de sick call
Inmate Work Assignment: n/a

buenas tardes hoy nuevamente hago de su conocimiento que tengo un problema de salud y desconozco que podria ser creo que probablemente sea una hernia porque ya hoy son cuatro dias con dolor ayer me llevaron de urgencia a la sala de enfermeria y me aplicaron medicacion dos inyecciones no se de que posiblemente calmante, pero que va a pasar cuando su efecto termine por favor necesito me revise un medico para que determine lo que tengo y puntualmente me de un diagnostico, anoche me dijeron que hoy me iban a revisar un medico y a darme medicacion pero no me han dado ninguna de las dos cosas y ya empiezo a sentir nuevamente el dolor agradecere mucho puedan ayudarme y espero que sea pronto porque ya hoy es el cuarto dia, hoy aparecio una respuesta de parte de sick call que ya estoy programado pero no se para cuando, que Dios los bendiga

TRULINCS  75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: BRO-J-C

--------------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 75942054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/11/2020 02:22:03 PM

You are scheduled to be seen

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com> 8/11/2020 1:29 PM >>>
To: Dr. Gerson
Inmate Work Assignment: orderly

Buen dia Dr.
Si ordene medicaciones pero no me enviaron ninguna y apenas este jueves que paso fue commissary faltan 10 dias para la
siguiente y la FAJA DE SOPORTE LUMBAR no la puedo comprar alli por favor ayudeme a obtener una, le agradezco su
tiempo y atencion.
Dios le bendiga siempre
-----Sick Call on 8/11/2020 10:07 AM wrote:

>
Naproxen (aleve) and tylenol is available in commissary as well

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com> 8/7/2020 12:29 PM >>>
To: Dr. Gerson
Inmate Work Assignment: orderly

Buen dia Dr.
Desde hace casi dos meses estoy esperando ser atendido por el dolor en la espalda y la hernia entiendo tengan mucho trabajo
pero por favor necesito me ayuden con una faja para mi espalda (SOPORTE LUMBAR) porque tengo problemas en la
vertebras L4-L5 y L5-S1 tengo diganostico de DISCOPATIA DEGENERATIVA  y necesito la faj y la medicacion que me ayuda
co el dolor como es el naproxen por favor programe para revision porque ya hace mucho tiempo estoy esperando, ya compre
ibuprofeno en la commissary pero no me ayuda con los dolores les agradezco su atencion y comprension

TRULINCS 75942054 - ZELAYA-ROMERO, LUDWIG CRIS - Unit: BRO-J-B

--------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 75942054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/07/2021 09:47:02 PM

Tiene que esperar a ser atendido por su proveedor, que se ocupará de sus
preocupaciones.

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com>
4/7/2021 6:46 PM >>>
le agradezco mucho su informacion pero la commissarry sera posiblemente
dentro de 15 dias si yo pudiera comprar las medicaciones antes de esa
fecha lo haria pero no es posible debido a eso les estoy solicitando
asistencia medica porque igual esas medicaciones no me quitan el dolor y
si usted pudiera le agradecere me programen mi consulta lo mas pronto
posible le agradezco mucho su atencion y comprension
-----Sick Call on 4/7/2021 3:52 PM wrote:

>
Gracias.

Usted tiene que esperar a ser atendido por su proveedor, quien se
encargar? de sus preocupaciones.

Tylenol (acetaminofeno) y Motrin (ibuprofeno, y Naproxen (Naprosyn,
Aleve) est?n disponibles en la tienda.

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com>
4/6/2021 7:22 PM >>>
NECESITO SER VISTO POR UN MEDICO PORQUE DESDE HACE DOS MESES ESTOY
ESPERANDO SER ATENDIDO DEBIDO A MI DOLOR DE LA HERNIA, LA ESPALDA, EL
TOBILLO DERECHO Y QUE A CONSECUENCIA DEL COVID ME SANGRA LA NARIZ POR
LAS MANANAS ESPERO ESTE CLARO MI ASUNTO, PREGUNTA Y NECESIDAD LE
AGRADEZCO MUCHO SU ATENCION Y PUEDA SER ATENDIDO PRONTO
-----Sick Call on 4/6/2021 12:42 AM wrote:

>
Por favor, proporcione una queja, asunto o pregunta principal para que
su solicitud pueda ser apropiadamente triaje.

>>> ~^!"ZELAYA-ROMERO, ~^!LUDWIG CRISS" <75942054@inmatemessage.com>
4/5/2021 7:11 PM >>>
To: Clinical Director
Inmate Work Assignment: n/a

Buen dia estimado senor Director de la clinica de MDC

Le escribo porque desde hace dos meses estoy enviando email para ser
atendido y ya en dos ocasiones me han dicho que estoy programado pero
nunca me llaman a consulta por favor le agradecere me ayude a ser
visto
por un medico porque me diento mal de salud, le agradezco su tiempo y
su
atencion

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 1, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BROOKLYN MDC

TO  : LUDWIG CRISS ZELAYA-ROMERO, 75942-054
      BROOKLYN MDC    UNT: J    QTR: J05-724L
      P.O. BOX 329001
      BROOKLYN,  NY 11232


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1030769-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JUNE 30, 2020
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

6/19/20

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Zelaya Romero Ludwig C.    75942054    J05-7-3    MDC Brooklyn

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

I need surgery of a Enguinal Hernia in the left side
Since sep 2017 the Dr. Bussanich and Beaundoun medical Staff
M.C.C New York, notice that I have a hernia refere me to Brooklyn
Medical Center to the specialist, and recoment surgery and it has
not been done. I been takin pills since them to bare with pain and
I haven't been able to recreate properly.
continue to the next pages. →

_____    _____
DATE                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MDC BROOKLYN
WARDEN'S OFFICE
RECEIVED
AS
JUN 30 2020

80 29th STREET
BROOKLYN, NY 11232

_____    _____
DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 1030769-F1

                                                  CASE NUMBER: 1030769 F1

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Zelaya Romero Ludwig C.        75942054    JO5-73 MDC Brooklyn
Last Name, First, Middle Initial        Reg. Nº    Unit    Institution

and recoment surgery and it has not been done. I been Taking
pills since them to bare with pain and I haven't been able
to recreate properly.

Respetuosamente quiero aclarar lo ocurrido el día miercoles 06/17/20
cuando Fui llamado por enfermedad para examinación medica.
Ese día Fuimos llamados dos internos a la clinica del JO-05
el Sr. Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y
yo quede afuera en el pasillo esperando mi turno, minutos después
dos Oficiales me llamaron a la Oficina del Unit Team, ellos me hicieron
preguntas de rutina y me realizaron una revision personal, luego entro
el Dr. Gerson y pregunto por mi, él hablo con los oficiales y me pidieron
mi Id y el Dr. se Fue enojado, no entendí lo que hablaron porque fue en
ingles, después me entregaron mi Id, y me dijeron que me fuera, Yo me
regrese al pasillo frente a la clinica, el Dr Gerson estaba adento
atendiendo a otro preso, entonces yo me sente en el suelo a esperar,
porque no habia a donde sentarse, al verme sentado a traves del vidrio
el Dr salio con una silla y me dijo que me sentara y así lo hice, pero
debido al problema que tengo en la espalda en las vertebras L4-L5 y L5-S1
ya tenia mucho dolor por estar en la misma posición y sentia mas
dolor, porque me dolia la espalpa y tambien la hernia, entonces me pare de
la silla y camine como 5 o 6 pasos, desde donde estaba sentado hasta la
puerta de la Oficina del Unit Team, luego salio el Dr. Gerson y me grito,
Yo no le entendi lo que me decia porque no hablo ingles y solo le respondi
"I have pain" y como él estaba enojado me indico con la mano que me
regresara a mi Unidad y así lo hice

Anexo pagina Nº 1.1

Zelaya Romero Ludwig C.    75942.054    J05-7-3  MDC Brooklyn
Last Name , First, Middle Initial  Reg Nº      Unit      Institution

Ustedes pueden revizar mi record disciplinario y confirmaran que
tengo dos años aqui en M.D.C Brooklyn y nunca he tenido ningun
problema con el Staff de la prision. ni con los demas internos.
tambien pueden preguntarle al consejero de mi Unidad Mr. Bennet
por mi conducta y revizar las camaras de seguridad de el pasillo
y confirmar lo que ocurrio ese dia en la tarde entre las 12:00 a las
3:00 PM.
Esta es la segunda vez que el Dr. Gerson Brian me regresa a mi Unidad
sin atenderme y con respecto al mensaje que me enviaron por Sick Call
diciendome que basicamente me negue a ser visto ó a participar quiero
aclarar que Yo no me he negado a ser visto ni a participar, tambien
nunca he firmado rechazando la atencion medica el Dr. en ninguna
de las dos ocasiones me ha atendido en su clinica, ni siquiera me
ha dejado entrar a consulta y si él no quiere atenderme les
agradecere me programen con otro medico o de ser posible que
este presente un miembro del Staff Medico que hable español asi
los hechos y las versiones seran mas transparentes y justas para
ambos, tambien hago de su conocimiento que desde el 10/03/2018
estoy esperando para ser atendido para poder recibir Fisioterapia por mi
problema de columna en L4-L5 y L5-S1 y hasta la Fecha no he recibido
atencion medica, ni siquiera evaluacion; Adjunto documentos: Ver anexos
Agradezco mucho su atencion y espero poder recibir la asistencia
medica que necesito. por mis problemas de salud.

07/06/2020

Anexo pagina Nº 2.2

and recoment surgery and it has not bee done. I been taking pills since them to bare with pain and haven't been able to recreate properly.

Respetuosamente quiero aclarar lo ocurrido el dia miercoles 06-17-20 cuando fui llamado por enfermedad para examinacion medica, ese dia fuimos llamados dosn internos a la clinica del J0-05 el Sr, Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y yo quede afuera en el pasillo esperando mi turno, minutos despues dos Oficiales me llamaron a la oficina del Unit Team, ellos me hicieron pregutas de rutina y me realizaron una revision personal, luego entro el Dr. Gerson y pregunto por mi, El hablo con los Oficiales y me pidieron mi Id. y el Dr, Gerson se fue enojado, no entendi lo que hablaron porque fue en ingles, despues me entregaron mi Id, y me dijeron que me fuera, Yo me regrese al pasillo frente a la clinica, El Dr. Gerson estaba adentro atendiendo a otro preso, entonces Yo me sente en el suelo a esperar porque no habia donde sentarse, al verme sentado a traves del vidrio el Dr. saco una silla y me dijo que me sentara y asi lo hice, pero debido al problema que tengo en la espalda en las vertebras L4-L5 Y L5-S1 ya tenia muchgo dolor por estar en la misma posicion y sentia mas dolor porque me dolia la espalda y tambien la hernia, entonces me pare de la silla y camine como 5 o 6 pasos desde donde estaba sentado hasta la puerta de la Oficina del Unit Team, luego salio el Dr. Gerson y me grito Yo no le entendi lo que me decia porque no hablo ingles y solo le respondi "I have pain" y como estaba enojado me indico con la mano que me regresara a mi Unidad y asi lo hice.

Ustedes pueden revizar mi record disciplinario y confirmaran que tengo dos aqui en M.D.C. Brooklyn y nunca he tenido ningun problema con el Staff de la prision, ni con los demas internos tambien pueden preguntarle al consejero de mi unidad Mr. BENNET por mi conducta y revizar las camaras de seguridad del pasillo y confirmar lo ocurrido ese dia en la tarde entre las 12:00 y las 3:00 PM, esta es la segunda vez que el Dr. Gerson Brian me regres a mi unidad sin atenderme y con respecto al mesaje que me enviaron por Sick Call diciendome que basicamente me negue a ser visto o a participar quiero aclarar que Yo no me he negado a s er visto ni a participar tambien nunca he rechazado la atencion medica El Dr. en ninguna de las dos ocasiones me ha atendido en su clinica ni siquiera me ha dejado entrar a consulta y si El no quiere atenderme les agradecere me programen con otro medico o de ser posible que este presente un miembro del Staff Medico que hable espanol asi los hechos y las versiones seran mas transparentes y justas para ambos, tambien hago de su conocimiento que desde el 10-03-2108 estoy esperando para ser atendido para recibir FISIOTERAPIA por mi problema de la columna en L4-L5 Y L5-S1 y hasta la fecha no he recibido atencion medica, ni siquiera evaluacion; adjunto documentos: VER anexos

Agradezco mucho su atencion y espero poder recibir la asistencia medica que necesito por mis problemas de salud

07-06-2020

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 1, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : LUDWIG CRISS ZELAYA-ROMERO, 75942-054
      BROOKLYN MDC      UNT: J    QTR: J05-724L
      P.O. BOX 329001
      BROOKLYN,  NY 11232

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1030769-R1      REGIONAL APPEAL
DATE RECEIVED   : JULY 22, 2020
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Zelaya Romero Ludwig C.    75942054    JD5-73    MDC Brooklyn
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** I recive the BP-9 on June 19,2020, on June 20, 2020 I went to the law library to make copy and finish the BP.9, so I can delive in to the conselor Mr Bennet, but we got lock down 25 June 8:00 AM till June 30th 2020 because of the protest of "BLM" during this time no one from Unit Team were present and the C.O. weren't able to accepted since few of them told me "I'm not autorize receive" this is why it was out of time. I'm now trying to go the law library July 13, 2020 and I was denied access to it making me feel that it is Delivery Done so I won't finish the BP.10 on time, this has happend before on 06/07/2020, 06 July, 2020.
I need surgery of Inguinal Ernia in the left side. Since sept, 2017 the Dr Bussanich and Beoundovin medical staff M.C.C. N.Y. notice that I have a hernia, refere me to Brooklyn Medical Center to the speciali

07/06/2020 continue to the next page →
      DATE                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

JUL 22 2020

NERO-PHILADELPHIA

_____    _____
      DATE                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                CASE NUMBER: 1030269 R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
      DATE                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002

U.S. DEPARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Zelaya Romero Ludwig C.    75942054    J05-7-3    MDC Brooklyn
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Respetuosamente quiero aclarar lo ocurrido el día miercoles 06/17/2020 cuando fui llamado por enfermedad para examinacion medica.

Ese día fuimos llamados dos internos a la clinica del J0-05 el Sr. Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y Yo quede afuera en el pasillo esperando mi turno, minutos despues dos oficiales me llamaron a la Oficina del Unit Team, ellos me hicieron preguntas de rutina y me realizaron una revision, luego entro el Dr. Berson y pregunto por mi, el hablo con los oficiales y me pidieron mi Id y el doctor se fue enojado no entendi lo que hablaron porque fue en ingles, despues me entregaron mi Id y me dijeron que me fuera. Yo me regrese al pasillo frente a la clinica, el Dr. Berson estaba adentro atendiendo a otro preso, entonces yo me senté en el suelo porque no habia a donde sentarse, al verme sentado a traves del vidrio el Dr. salió con una silla y me dijo que me sentara y asi lo hice, pero debido al problema que tengo en la espalda en las vertebras L4-L5 y L5 S1 ya tenia mucho dolor por estar en la misma posicion y sentia mas dolor porque me dolia la espalda y tambien la hernia, entonces me pare de la silla y camine como 5 o 6 pasos desde donde estaba sentado hasta la puerta del Unit team luego salio el Dr. Berson y me grito no le entendi lo que me decia porque no hablo ingles y solo le respondi "I have pain" y como el estaba enojado me indico con la mano que me regresara a mi Unidad y asi lo hice.

Anexo pagina N-1.1

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Zelaya Romero Ludwig C.    75942054    J05-7-3    M.D.C Brooklyn
**LAST NAME, FIRST, MIDDLE INITIAL**    **REG. NO.**    **UNIT**    **INSTITUTION**

Ustedes pueden revisar mi record disciplinario y confirmaran que tengo dos años aqui en M.D.C Brooklyn y nunca he tenido ningun problema con el Staff de la prision ni con los demás internos, tambien pueden preguntarle al consejero de mi unidad Mr Bennet por mi conducta y revisar las camaras de seguridad de el pasillo y confirmar lo que ocurrio ese dia en la tarde entre las 12:00 a las 3:00 PM.

Esta es la segunda vez que el Dr. Gerson Brton me regresa a mi unidad sin atenderme y con respecto al mensaje que me enviaron por Siek Call diciendome que basicamente me negue a ser visto ó a participar quiero aclarar que Yo no me he negado a ser visto ni a participar, tambien nunca he firmado rechazando la atencion medica él en ninguna de las dos ocasiones me ha atendido en su clinica ni siquiera me ha dejado entrar a consulta y si él no quiere atenderme les agradecere me programen con otro medico o si es posible que este presente un miembro del Staff medico que hable español asi los hechos y las versiones seran mas transparentes y justas para ambos, tambien hago de su conocimiento que desde el 10/05/2018 estoy esperando ser atendido para recibir Fisioterapia por mi problema de            columna en L4-L5 y L5-S1 y hasta la fecha no he recibido atencion medica ni siquiera evaluacion, adjunto documentos, (ver anexos).

Agradezco mucho su atencion

Anexo pagina N12

Zelaya Romero Ludwig C.        75942054    J05-73 MDC Brooklyn
Last Name, First, Middle Initial    Reg. Nº    Unit    Institution

and recoment surgery and it has not been done. I been Taking pills since them to bare with pain and I haven't been able to recreate properly.

Respetuosamente quiero aclarar lo ocurrido el día miercoles 06/17/20 cuando Fui llamado por enfermedad para examinación medica. Ese día Fuimos llamados dos internos a la clinica del JO-05 el Sr. Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y yo quede afuera en el pasillo esperando mi turno, minutos después dos Oficiales me llamaron a la Oficina del Unit Team, ellos me hicieron preguntas de rutina y me realizaron una revision personal, luego entro el Dr. Gerson y pregunto por mi, él hablo con los oficiales y me pidieron mi Id y el Dr. se fue enojado, no entendí lo que hablaron porque fue en ingles, después me entregaron mi Id, y me dijeron que me fuera, Yo me regrese al pasillo frente a la clinica, el Dr Gerson estaba adento atendiendo a otro preso, entonces yo me sente en el suelo a esperar porque no habia a donde sentarse, al verme sentado a traves del vidrio el Dr Salio con una silla y me dijo que me sentara y asi lo hice, pero debido al problema que tengo en la espalda en las vertebras L4-L5 y L5-S1 ya tenia mucho dolor por estar en la misma posición y sentia mas dolor, porque me dolia la espalpa y también la hernia, entonces me pare de la silla y camine como 5 ó 6 pasos, desde donde estaba sentado hasta la puerta de la Oficina del Unit Team, luego salio el Dr. Gerson y me grito, Yo no le entendi lo que me decia porque no hablo ingles y solo le respondi "I have pain" y como él estaba enojado me indico con la mano que me regresara a mi Unidad y asi lo hice

Anexo pagina Nº 1.1

Zelaya Romero Ludwig C.    75942.054    J05-7-3 MDC Brooklyn
Last Name , First, Middle Initial   Reg Nº        Unit      Institution

Ustedes pueden revizar mi record disciplinario y confirmaran que
tengo dos años aqui en M.D.C Brooklyn y nunca he tenido ningun
problema con el Staff de la prision, ni con los demás internos,
tambien pueden preguntarle al consejero de mi Unidad Mr. Bennet
por mi conducta y revizar las camaras de seguridad de el pasillo
y confirmar lo que ocurrio ese dia en la tarde entre las 12:00 a las
3:00 PM.
Esta es la segunda vez que el Dr. Gerson Brian me regresa a mi Unidad
sin atenderme y con respecto al mensaje que me enviaron por Sick Call
diciendome que basicamente me negue a ser visto ó a participar quiero
aclarar que Yo no me he negado a ser visto ni a participar, tambien
nunca he firmado rechazando la atencion medica el Dr. en ninguna
de las dos ocasiones me ha atendido en su clinica, ni siquiera me
ha dejado entrar a consulta y si él no quiere atenderme les
agradecere me programen con otro medico o de ser posible que
este presente un miembro del Staff Medico que hable español asi
los hechos y las versiones serán más transparentes y justas para
ambos, tambien hago de su conocimiento que desde el 10/03/2018
estoy esperando para ser atendido para poder recibir Fisioterapia por mi
problema de columna en L4-L5 y L5-S1 y hasta la fecha no he recibido
atencion medica, ni siquiera evaluacion; Adjunto documentos: Ver anexos
Agradezco mucho su atencion y espero poder recibir la asistencia
medica que necesito. por mis problemas de salud.

07/06/2020

Anexo pagina Nº 2-2

and recoment surgery and it has not bee done. I been taking pills since them to bare with pain and haven't been able to recreate properly.

Respetuosamente quiero aclarar lo ocurrido el dia miercoles 06-17-20 cuando fui llamado por enfermedad para examinacion medica, ese dia fuimos llamados dosn internos a la clinica del J0-05 el Sr, Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y yo quede afuera en el pasillo esperando mi turno, minutos despues dos Oficiales me llamaron a la oficina del Unit Team, ellos me hicieron pregutas de rutina y me realizaron una revision personal, luego entro el Dr. Gerson y pregunto por mi, El hablo con los Oficiales y me pidieron mi Id. y el Dr, Gerson se fue enojado, no entendi lo que hablaron porque fue en ingles, despues me entregaron mi Id, y me dijeron que me fuera, Yo me regrese al pasillo frente a la clinica, El Dr. Gerson estaba adentro atendiendo a otro preso, entonces Yo me sente en el suelo a esperar porque no habia donde sentarse, al verme sentado a traves del vidrio el Dr. saco una silla y me dijo que me sentara y asi lo hice, pero debido al problema que tengo en la espalda en las vertebras L4-L5 Y L5-S1 ya tenia muchgo dolor por estar en la misma posicion y sentia mas dolor porque me dolia la espalda y tambien la hernia, entonces me pare de la silla y camine como 5 o 6 pasos desde donde estaba sentado hasta la puerta de la Oficina del Unit Team, luego salio el Dr. Gerson y me grito Yo no le entendi lo que me decia porque no hablo ingles y solo le respondi "I have pain" y como estaba enojado me indico con la mano que me regresara a mi Unidad y asi lo hice.

Ustedes pueden revizar mi record disciplinario y confirmaran que tengo dos aqui en M.D.C. Brooklyn y nunca he tenido ningun problema con el Staff de la prision, ni con los demas internos tambien pueden preguntarle al consejero de mi unidad Mr. BENNET por mi conducta y revizar las camaras de seguridad del pasillo y confirmar lo ocurrido ese dia en la tarde entre las 12:00 y las 3:00 PM, esta es la segunda vez que el Dr. Gerson Brian me regres a mi unidad sin atenderme y con respecto al mesaje que me enviaron por Sick Call diciendome que basicamente me negue a ser visto o a participar quiero aclarar que Yo no me he negado a s er visto ni a participar tambien nunca he rechazado la atencion medica El Dr. en ninguna de las dos ocasiones me ha atendido en su clinica ni siquiera me ha dejado entrar a consulta y si El no quiere atenderme les agradecere me programen con otro medico o de ser posible que este presente un miembro del Staff Medico que hable espanol asi los hechos y las versiones seran mas transparentes y justas para ambos, tambien hago de su conocimiento que desde el 10-03-2108 estoy esperando para ser atendido para recibir FISIOTERAPIA por mi problema de la columna en L4-L5 Y L5-S1 y hasta la fecha no he recibido atencion medica, ni siquiera evaluacion; adjunto documentos: VER anexos

Agradezco mucho su atencion y espero poder recibir la asistencia medica que necesito por mis problemas de salud
07-06-2020

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 30, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : LUDWIG CRISS ZELAYA-ROMERO, 75942-054
      BROOKLYN MDC     UNT: J    QTR: J05-724L
      P.O. BOX 329001
      BROOKLYN, NY 11232


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1030769-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : OCTOBER 13, 2020
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL~~ OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: SEE REMARKS.

REMARKS         : IF STAFF PROVIDE A MEMO STATING THE LATE FILING WAS
                  NOT YOUR FAULT, THEN RE-SUBMIT TO THE LEVEL OF THE
                  ORIGINAL REJECTION.

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Zelaya Romero Ludwig C_ _75942054_ _JO5-7-3_ _MDC Brooklyn_
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** Since June 20 to June 30 JO5-7-3 Unit was in lock down 24 hrs a day because of the "BLM" protest in the free world as I wrote in the BP-10, but it seen that even know it was out of my control to give the BP-9 on time The Regional don't want to hear my claim "Read BP-10" I'm ask Central Office to read my Claim since this is a Health matter, and I need a response and Medical Attention, Please this is the second time I'm writtin Central OFFIce about my Claim. As you see the Warden MDC and Regional don't want to attend to me, Please help me. See exhibit A. and B this are affidavit about (2) witness that were present when it was denied that I couldn't go to the law library to make copies For the BP-9 and BP-10, continuation page (4) copies.

_09/23/20_
    DATE                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

 

_____      _____
      DATE                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

**Part C - RECEIPT**

                                         CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____      _____
    DATE                   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Affidavit

Date 10/5/20

I Lloyd Krull                    Register #86406054

I was present on several occasions during the months
of June and July 2020 and was a witness that each
time Mr. Ludwig Zelaya-Romero tried to go to the
Law Library, he was denied even though his name was
on the list without any reason or explaniation and some
of us including myself were able to go. without any
problems

Yours Sincerely

Lloyd Krull

ThevenYA NOV A. fed #9457103.
Witness by

10/5/20
Date

10/05/2020
Date

<u>Affidavit</u>

Date <u>10-06-2020</u>

I, <u>Andre Wilburn</u>                    Register # <u>73608-298</u>

I was present on several occasions during the months of June and July 2020 and was a witness that each time Mr. Zelaya-Romero Ludwig tried to go to the Law Library, he was denied, even though name was on the list without any explanation and some of us including myself were able to go, without any problems.

Your Sincerly

Andre Wilburn

10-06-2020
Date

Thevenya Nova  Fel#94571038
witness by

10-06-2020
Date

and recoment surgery and it has not bee done. I been taking pills since them to bare with pain and haven't been able to recreate properly.

Respetuosamente quiero aclarar lo ocurrido el dia miercoles 06-17-20 cuando fui llamado por enfermedad para examinacion medica, ese dia fuimos llamados dosn internos a la clinica del J0-05 el Sr, Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y yo quede afuera en el pasillo esperando mi turno, minutos despues dos Oficiales me llamaron a la oficina del Unit Team, ellos me hicieron pregutas de rutina y me realizaron una revision personal, luego entro el Dr. Gerson y pregunto por mi, El hablo con los Oficiales y me pidieron mi Id. y el Dr, Gerson se fue enojado, no entendi lo que hablaron porque fue en ingles, despues me entregaron mi Id, y me dijeron que me fuera, Yo me regrese al pasillo frente a la clinica, El Dr. Gerson estaba adentro atendiendo a otro preso, entonces Yo me sente en el suelo a esperar porque no habia donde sentarse, al verme sentado a traves del vidrio el Dr. saco una silla y me dijo que me sentara y asi lo hice, pero debido al problema que tengo en la espalda en las vertebras L4-L5 Y L5-S1 ya tenia muchgo dolor por estar en la misma posicion y sentia mas dolor porque me dolia la espalda y tambien la hernia, entonces me pare de la silla y camine como 5 o 6 pasos desde donde estaba sentado hasta la puerta de la Oficina del Unit Team, luego salio el Dr. Gerson y me grito Yo no le entendi lo que me decia porque no hablo ingles y solo le respondi "I have pain" y como estaba enojado me indico con la mano que me regresara a mi Unidad y asi lo hice.

Ustedes pueden revizar mi record disciplinario y confirmaran que tengo dos aqui en M.D.C. Brooklyn y nunca he tenido ningun problema con el Staff de la prision, ni con los demas internos tambien pueden preguntarle al consejero de mi unidad Mr. BENNET por mi conducta y revizar las camaras de seguridad del pasillo y confirmar lo ocurrido ese dia en la tarde entre las 12:00 y las 3:00 PM, esta es la segunda vez que el Dr. Gerson Brian me regres a mi unidad sin atenderme y con respecto al mesaje que me enviaron por Sick Call diciendome que basicamente me negue a ser visto o a participar quiero aclarar que Yo no me he negado a s er visto ni a participar tambien nunca he rechazado la atencion medica El Dr. en ninguna de las dos ocasiones me ha atendido en su clinica ni siquiera me ha dejado entrar a consulta y si El no quiere atenderme les agradecere me programen con otro medico o de ser posible que este presente un miembro del Staff Medico que hable espanol asi los hechos y las versiones seran mas transparentes y justas para ambos, tambien hago de su conocimiento que desde el 10-03-2108 estoy esperando para ser atendido para recibir FISIOTERAPIA por mi problema de la columna en L4-L5 Y L5-S1 y hasta la fecha no he recibido atencion medica, ni siquiera evaluacion; adjunto documentos: VER anexos

Agradezco mucho su atencion y espero poder recibir la asistencia medica que necesito por mis problemas de salud 07-06-2020

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

6/19/20

Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Zelaya Romero Ludwig C.    75942054    J05-7-3    MDC Brooklyn
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Respetuosamente quiero aclarar lo ocurrido el dia miercoles 06/17/2020 cuando fui llamado por enfermedad para examinacion medica.

Ese dia fuimos llamados dos internos a la clinica del J0-05 el Sr. Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y Yo quede afuera en el pasillo esperando mi turno, minutos después dos oficiales me llamaron a la Oficina del Unit Team, ellos me hicieron preguntas de rutina y me realizaron una revision, luego entro el Dr. Gerson y pregunto por mi, el hablo con los oficiales y me pidieron mi Id y el doctor se fue enojado no entendi lo que hablaron porque fue en ingles, después me entregaron mi Id y me dijeron que me fuera. Yo me regrese al pasillo frente a la clinica, el Dr. Gerson estaba adentro atendiendo a otro preso. entonces yo me sente en el suelo porque no habia a donde sentarse, al verme sentado a traves del vidrio el Dr. salio con una silla y me dijo que me sentara y asi lo hice, pero debido al problema que tengo en la espalda en las vertebras L4-L5 y L5-S1 ya tenia mucho dolor por estar en la misma posicion y sentia mas dolor porque me dolia la espalda y también la hernia. entonces me pare de la silla y camine como 5 o 6 pasos desde donde estaba sentado hasta la puerta del Unit team luego salio el Dr. Gerson y me grito no le entendi lo que me decia porque no hablo ingles y solo le respondi "I have pain" y como el estaba enojado me indico con la mano que me regresara a mi Unidad y asi lo hice.

Anexo pagina N-1.1

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: Zelaya Romero Ludwig C     75942054   J05-7-3   M.D.C Brooklyn
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Ustedes pueden revicar mi record disciplinario y confirmaran que
tengo dos años aqui en M.D.C Brooklyn y nunca he tenido
ningun problema con el Staff de la prision ni con los demás
internos, también pueden preguntarle al consejero de mi unidad
Mr Bennet por mi conducta y revizar las camaras de seguridad
de el pasillo y confirmar lo que ocurrio ese dia en la tarde
entre las 12:00 e las 3:00 P.M.
Esta es la segunda vez que el Dr. Gerson Brton me regresa a mi
unidad sin atenderme y con respecto al mensaje que me enviaron
por Sick Call diciendome que basicamente me negué a ser visto ó
a participar quiero aclarar que Yo no me he negado a ser visto ni
a participar, también nunca he firmado rechazando la atención medica
él en ninguna de las dos ocasiones me ha atendido en su clinica
ni siquiera me ha dejado entrar a consulta y si él no quiere atenderme
les agradecere me programen con otro medico o si es posible que
este presente un miembro del Staff medico que hable español
asi los hechos y las versiones serán mas transparentes y justas
para ambos, también hago de su conocimiento que desde el 10/05/2018
estoy esperando ser atendido para recibir Fisioterapia por mi problema
de        columna en L4-L5 y L5-S1 y hasta la fecha no he recibido
atención medica ni siquiera evaluacion, adjunto documentos, (ver anexos)
Agradezco mucho su atencion

Anexo pagina N°12

Zelaya Romero Ludwig C.       75942054   JO5-73 MDC Brooklyn
Last Name, First, Middle Initial   Reg. Nº   Unit   Institution

and recoment surgery and it has not been done. I been Taking
pills since them to bare with pain and I haven't been able
to recreate properly.

Respetuosamente quiero aclarar lo ocurrido el dia miercoles 06/17/20
cuando Fui llamado por enfermedad para examinación medica.
Ese dia Fuimos llamados dos internos a la clinica del JO-05
el Sr. Tupikin y Yo, el Sr. Tupikin entro primero a la consulta y
yo quede afuera en el pasillo esperando mi turno, minutos después
dos Oficiales me llamaron a la Oficina del Unit Team, ellos me hicieron
preguntas de rutina y me realizaron una revision personal, luego entro
el Dr. Gerson y pregunto por mi, él hablo con los oficiales y me pidieron
mi Id y el Dr. se fue enojado, no entendí lo que hablaron porque fue en
ingles, después me entregaron mi Id, y me dijeron que me fuera, Yo me
regrese al pasillo frente a la clinica, el Dr Gerson estaba adento
atendiendo a otro preso, entonces yo me sente en el suelo a esperar,
porque no había a donde sentarse, al verme sentado a traves del vidrio
el Dr. salio con una silla y me dijo que me sentara y asi lo hice, pero
debido al problema que tengo en la espalda en las vertebras L4-L5 y L5-S1
ya tenia mucho dolor por estar en la misma posicion y sentia mas
dolor, porque me dolia la espalpa y tambien la hernia, entonces me pare de
la silla y camine como 5 ó 6 pasos, desde donde estaba sentado hasta la
puerta de la Oficina del Unit Team, luego salio el Dr. Gerson y me grito,
Yo no le entendi lo que me decia porque no hablo ingles y solo le respondi
"I have pain" y como él estaba enojado me indico con la mano que me
regresara a mi Unidad y asi lo hice

Anexo pagina Nº 1.1

Zelaya Romero Ludwig C.    75942.054    J05-7-3 MDC Brooklyn
Last Name, First, Middle Initial  Reg Nº      Unit      Institution

Ustedes pueden revizar mi record disciplinario y confirmaran que
tengo dos años aqui en M.D.C Brooklyn y nunca he tenido ningun
problema con el Staff de la prision, ni con los demás internos,
tambien pueden preguntarle al consejero de mi Unidad Mr. Bennet
por mi conducta y revizar las camaras de seguridad de el pasillo
y confirmar lo que ocurrio ese dia en la tarde entre las 12:00 a las
3:00 PM.
Esta es la segunda vez que el Dr. Gerson Brian me regresa a mi Unidad
sin atenderme y con respecto al mensaje que me enviaron por Sick Call
diciendome que basicamente me negue a ser visto ó a participar quiero
aclarar que Yo no me he negado a ser visto ni a participar, tambien
nunca he firmado rechazando la atencion medica el Dr. en ninguna
de las dos ocasiones me ha atendido en su clinica, ni siquiera me
ha dejado entrar a consulta y si él no quiere atenderme les
agradecere me programen con otro medico o de ser posible que
este presente un miembro del Staff Medico que hable español asi
los hechos y las versiones serán más transparentes y justas para
ambos, tambien hago de su conocimiento que desde el 10/03/2018
estoy esperando para ser atendido para poder recibir Fisioterapia por mi
problema de columna en L4-L5 y L5-S1 y hasta la fecha no he recibido
atencion medica, ni siquiera evaluacion; Adjunto documentos: Ver anexos
Agradezco mucho su atencion y espero poder recibir la asistencia
medica que necesito. por mis problemas de salud.

07/06/2020

Anexo pagina Nº1·2

<u>AFFIDAVIT</u>

I Luis Soto, Register # 26142-038, I was the translator for Mr. Zelaya-Romero, when he was call'd to the Unit Manager Office due that he does'nt speak english.

The Unit Manager Mr. Mcbain had the Administrative Remedy Coordinator Brooklyn M.D.C. writen in Reject Reason # 1: Your request is untimely Institution and C.C.C. request (BP-09) must be received w/20 Days of the event complained about Mr Mcbain and Ms. V. Williams Unit Secretary, they said that they could'nt Find any problems in the Administrative Remedy Program ("ARP") (BP-08, BP-09, BP-10 and BP-11), they claim that it was on time and that he was going to send them to the Administrative Remedy Coordinator so they could do the Memo that was Recomended to the Administrative Remedy Coordinator Central OFFice.

About ten days later he was call'd back to the Unit Manager's OFFice and at that time I went with Mr Zelaya-Romero as his translator and that time Ms. V. Williams Unit Secretary gave him the Administrative Remedy's and told him that the Administrative Remedy Coordinator Brooklyn M.D.C. denied to due the Memo the Administrative Remedy Coordinator Central OFFice Recomended and explaine that the Claim was From 2017 and For this Reason it was Untimely he also Complain about he's Inguinal Hernia in another prison (M.C.C) and in (M.D.C), they concluded that they weren't going to do the Memo, so they.

Date 01/03/2021. continuation next page →

gave back all the document to Mr. Zelaya Romero.

Your Sincerely

Luis Soto
Reg # 26142-038
Metropolitan Detention Center
80 29th Street
Brooklyn, NY, 11232

Date 01/03/2021

Date: January 03, 2021

From: Ludwig Criss Zelaya Romero
        Reg.# 75942-054
        Metropolitan Detention Center
        80 29th Street
        Brooklyn, NY 11232

To  : Administrative Remedy Coordinator
        Central Office

RespectFully I'm writing to inform you that I gave the Administrative
Remedies (BP-08, BP-09, BP-10 and BP-11), to the Unit Manager Mr.
Mebain wile Following your instructions
Reject Reason 3: See Remarks
Remarks: IF StaFF provides a Memo Stating the late Filing was not
            your Fault, the Resumit to level oF the Original Rejection

I was also inform that the Administrative Remedy Coordinator
Brooklyn M.D.C Refuse to do the Memo saying that the Claim was
From 2017 and For that reason it was Untimely and also because
it presented in M.C.C New York and not in M.D.C Brooklyn, and
for that reason he was'nt going to do the Memo, I belive that
there's an error because my Claim is For my Health and it's
a treatment that I have'nt received and both Prison's belong
to the B.O.P and while in custody, I believe I should

Receive Medical Care under Title 18 U.S.C. § 3553 (a)(2)(d) and guarantees of the United States Constitutions.

I would also like to see if you can send me something in writing to show the Staff at Metropolitan Detention Center Brooklyn MDC., so they can due the Memo Explaining the Reasons For my Inguinal Hernia Surgery Denial.
I'ved been suffering for four (4) years with Frightfully pain.

See Affidavit exhibit #1

Yours Sincerely

Ludwig Criss Zelaya Romero
Register # 75942-054
Metropolitan Detention Center
80 29th Street
Brooklyn, NY, 11232

Ludwig Criss Zelaya Romero
Reg # 75942-054
USP Yazoo City
PO Box 5000
Yazoo City, MS. 39194



USM P3
SDNY



RECEIVED
DEC 27 2022
PRO SE OFFICE

Pro Se Intake Unit
500 Pearl Street
New York, NY 10007
Phone N: 212-805-0175

Legal Mail