UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Romero,<br><br>                    Plaintiff,<br><br>          v.<br><br> Bussanich et al.,<br><br>                    Defendants. | 22-CV-10909 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's letter dated December 18, 2025.  Plaintiff cites no

authority, nor is the Court aware of any authority, for the proposition that the Court can grant the

requested relief.  Accordingly, the request is **DENIED**.

          SO ORDERED.

Dated:  January 7, 2026
          New York, New York

_____
                    DALE E. HO
                    United States District Judge