Request DENIED. The Court will go forward with the ICMC tomorrow and expects both parties to be in attendance. If Plaintiff fails to attend, the Court may take appropriate next steps. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
November 17, 2026

**By ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Zelaya-Romero v. Bussanich, et al.*, 22 CV 10909 (DEH) (JW)

Dear Judge Willis:

In this action, *pro se* plaintiff Ludwig Zelaya-Romero, a former federal inmate, alleges that he received substandard medical care while in custody of the Bureau of Prisons ("BOP"). Plaintiff brought a negligence claim against the United States under the Federal Tort Claims Act and claims against BOP medical staff members in their individual capacities under *Bivens v. Six Unknown Fed. Narcotics Agents*, 403 U.S. 388 (1971).

I write respectfully to request that the initial conference scheduled for November 18, Dkt. No. 72, be adjourned. The purpose of the November 18 conference is to enter a case management plan. However, Plaintiff recently completed serving a ten-year term of imprisonment for conspiracy to import narcotics and conspiracy to commit a violent crime with a machine gun. Upon being released by BOP, Plaintiff was taken into custody by Immigration and Customs Enforcement and returned to his home country of Honduras on October 18, 2026. The Government has no current contact information for Plaintiff and has received no communication from Plaintiff since his removal. Given Plaintiff's unavailability and likely inability to continue prosecuting this case, Defendants respectfully request that the November 18 conference be adjourned and ask to be relieved of their obligation to submit a case management plan. Also, Defendants respectfully suggest that if, within 60 days, Plaintiff has not communicated with the Court or the undersigned, Defendants be given leave to move to dismiss the case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

We thank the Court for its consideration of these matters.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ *Brandon Cowart*
BRANDON H. COWART
Assistant United States Attorney
Telephone: (212) 637-2693
Email: brandon.cowart@usdoj.gov