**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

LUDWIG CRISS ZELAYA ROMERO,

Plaintiff,

-against-

A.J. BUSSANICH, *et al*.

Defendants.

---------------------------------------------------------------X

**ORDER**

**22-CV-10909 (DEH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Parties appeared for an ICMC on November 18, 2026. For reasons more fully discussed on the record, the Court orders the following:

- If Plaintiff would like to receive electronic service of documents filed in this case via email instead of via mail, he is directed to refer to the attached instructions on how to receive access.
- Additionally, there is a *Pro Se* Office that provides resources and assistance to *pro se* litigants. Plaintiff may contact the *Pro Se* Office at (212) 805-0175. Plaintiff can also find more information here: https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact.
- Because the Parties did not file proposed case management plans ahead of today's conference, they are directed to meet and confer regarding discovery deadlines. In the event those deadlines are disputed, they may each file competing deadlines with the Court. These plans are due by **December 18, 2026**.

- Defendants are directed to order a transcript of today's hearing and provide a copy to Plaintiff via email.

**The Clerk of Court is respectfully requested to mail a copy of this order to *pro se* Plaintiff.**

SO ORDERED.

DATED: New York, New York
November 18, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge

**United States District Court**
**Southern District of New York**

# Pro Se Consent to Electronic Service (E-Service) of Documents and Electronic Access (E-Access) to Documents (Social Security Appeals and Immigration Cases)

Parties who represent themselves and have filed (1) an action for benefits under the Social Security Act or (2) an action relating to an order of removal, to relief from removal, or to immigration benefits or detention, may choose to consent to e-service of and e-access to documents in their cases. *See* Rule 5.2(c) of the Federal Rules of Civil Procedure.

To access documents electronically, you must consent to e-service of documents. By consenting to e-service, you will receive notice of filings in your case by email. You will not receive copies of documents filed by regular mail. To consent to e-service and e-access, you must do the following:

1. Complete and sign this form and file it with the court.

2. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856.

3. Register using the **non-attorney e-file registration**. **PACER requires e-access users to register as e-filers to view documents electronically. You will not be required to file your documents electronically when you register as an e-filer.** If you have any problems with the non-attorney e-file registration process, please contact the SDNY ECF Help Desk at (212) 805-0800 x2.

4. After the SDNY ECF Help Desk processes your registration, you will receive a Notice of Electronic Filing (NEF) by e-mail each time a document is filed in your case.

5. After receiving an NEF, you are permitted one "**free look**" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you cannot access the document for free again. **If you do access the document again, you will be charged fees by PACER.**

6. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look," or after the 15 days, you will be asked for a PACER login and will be charged to view the document. **For this reason, you should print or save the document during the "free look" to avoid future charges.**

[1] Public Access to Court Electronic Records (PACER) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* Rule 4.3 of the SDNY Electronic Case Filing Rules.

# CONSENT TO E-SERVICE OF AND E-ACCESS TO DOCUMENTS

**I hereby consent to e-service and e-access in my case listed below. I affirm that:**

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing
2. I have established a PACER account.
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents.
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to e-consent and e-access.
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing.
6. I understand that this consent applies only to this case, and any other case of mine that is not a social security appeal or an immigration case, will require a separate e-service consent form.
7. I certify that the information I provide below is true and accurate.

**Social Security Appeal or Immigration Case filed in the Southern District of New York:**

Please include the case name and docket number: ____________________________________________

______________________________________________________________________
Name (Last, First, MI)

______________________________________________________________________
Address | City | State | Zip Code

______________________________________________________________________
Telephone Number | E-mail Address

______________________________________________________________________
Date | Signature

# IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules, documents may be served by electronic means. If you register for e-service and e-access: **You will no longer receive documents in the mail.** It will be your duty to regularly review the docket sheet—the official record of all filings—of the case. You can view the docket sheet using PACER or on one of the public access computers available in the Clerk's Office at the courthouse. If you do not view and download your documents during your "**free look**," and within 15 days of when the court sends the e-mail notice, **you will be charged for looking at the documents**. **If you are charged and do not pay your PACER balance, your account may be disabled.** This consent does *not* allow you to electronically file your documents (e-file). A motion to file your documents is available here.